ORIGINAL

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Gregory H. Halliday, SBN 83554
2  Andrew C. Harris, SBN 208706
   Deanna M. Spelber, SBN 217361
3  3 Park Plaza, 17th Floor
   Irvine, California 92614-8540
4  Telephone: (949) 852-8200
   Facsimile: (949) 852-8282
5
   Attorneys for Defendants, MARTIN AUZA
6  SHEEP COMPANY, and MARTIN AUZA
7

FILED

2008 MAY 22 AM 10: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KWH_____DEPUTY

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11  LELAND WILEY,                    CASE NO. _____

12              Plaintiff,           JUDGE:
                                     DEPT:
13      v.
                                     **NOTICE OF REMOVAL OF ACTION**
14  JUAN ECHEVERRIA, MARTIN AUZA,    **UNDER 28 U.S.C. SECTION 1441(b)**
    MARTIN AUZA SHEEP COMPANY,
15                                   **[DIVERSITY JURISDICTION]**
            Defendants.
16

17

18

'08 CV 0909 H NLS

19      **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20      **PLEASE TAKE NOTICE** that defendants MARTIN AUZA and MARTIN AUZA

21  SHEEP COMPANY (collectively "Defendants") hereby remove this action from the Superior

22  Court of the County of Imperial, State of California, to the United States District Court for the

23  Southern District of California, pursuant to 28 U.S.C. §§ 1331, 1441(b) and 1446, on the

24  following grounds:

25      1.      On March 28, 2008, an action was commenced in the Superior Court of the State

26  of California, County of Imperial, entitled *Leland Wiley v. Juan Echeverria, Martin Auza, et al.*,

27  Case No. ECU04198. A copy of the Complaint is attached hereto as Exhibit "A."

28

- 1 -
NOTICE OF REMOVAL OF ACTION UNDER 28 USC §1441 (b)

OC/387414v1

WILEY V. ECHEVERRIA
CASE NO. _____

2.      The date upon which Defendants received a copy of the said complaint was April 22, 2008, when Defendants were served with a copy of the said complaint and summons from the said state court.  Copies of the summons are attached hereto as Exhibit "B" and "C" respectively.

3.      On May 20, 2008, Defendants filed an Answer to the Complaint in the Superior Court of Imperial County.  A copy of the Answer is attached hereto as Exhibits "D."

4.      This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy is exceeds the sum of $75,000, exclusive of interest and costs, for the following reasons.

5.      The citizenship of the parties is as follows:

a.      **Plaintiff:** Upon information and belief, plaintiff Leland Wiley was at the time the state court action was filed, and still is a citizen of the State of Washington.

b.      **Defendant Martin Auza:**  Defendant Martin Auza was, at the time of filing of this action, and still is a citizen of the State of Arizona.  (Exhibit "E," Halliday Decl. ¶ 3.)  Hence, Defendant Martin Auza is not now, and was not at the time of the filing of the complaint, a citizen of the State of California where the action is now pending or Washington where plaintiff is a citizen.

c.      **Defendant Martin Auza Sheep Company:** Defendant Martin Auza Sheep Company was, at the time of filing of this action, and still is a corporation incorporated under the laws of the State of Arizona, with its principal place of business in the State of Arizona.  (Exhibit "E," Halliday Decl. ¶ 4.)  Hence Defendant Martin Auza Sheep Company is not now, and was not at the time of the filing of the complaint, a citizen of the State of California where the action is now pending or Washington where plaintiff is a citizen.

d.      **Defendant Juan Echeverria:**  Defendant Juan Echeverria, was, at the time of this filing, and still is, a citizen of the Country of Peru.   Hence, Juan Echeverria, is not now, and was not at the time of the filing of the complaint, a citizen of the State of California

OC/387414v1

1    where the action is now pending or Washington where plaintiff is a citizen.  Upon information

2    and belief, Defendant Juan Echeverria has not yet been served with the complaint.

3          e.    **Does 1-10:**  Upon information and belief, no doe defendants have been

4    substituted with any named defendants in the state court action.  For purposes of removal, "the

5    citizenship of defendants sued under fictitious names shall be disregarded."  28 U.S.C. §1441(a).

6    Therefore, the citizenship of Does 1 to 125 should be disregarded for purposes of diversity.

7          6.    Plaintiff alleges Negligence against all defendants arising out of a motor vehicle

8    accident.  According to plaintiff's counsel, plaintiff has amassed between $150,000-$200,000 in

9    medical bills to date.  (Exhibit "E," Halliday Decl. ¶ 6.)Indeed, plaintiff is an elderly man who

10   allegedly sustained serious injuries in the January 30, 2007, motor vehicle accident.  (Exhibit

11   "E," Halliday Decl. ¶ 7.)  Based on the medical expenses incurred, continuing cost of care,

12   property damage claim, and pain and suffering, it is more likely than not that the amount in

13   controversy exceeds $75,000.

14         7.    Moreover, the complaint is facially apparent from the Complaint that the claims

15   asserted by Plaintiff exceed $75,000.  This is evidenced by the following:

16         a.    The Complaint identified this action as an "unlimited civil case" with

17   damages exceeding $25,000.  (Complaint, page 1, Exhibit "A.")

18         b.    Plaintiff alleges the following damages against Defendants: (1) hospital

19   and medical expenses; (2) loss of use of personal property; (3) property damage; and (4) general

20   damages.  (Complaint, page 3, Exhibit "A.")

21         c.    Other federal courts have found that the amount in controversy likely

22   exceeded $75,000 in cases alleging similar types of damages.  *See, e.g., Luckett v. Delta Airlines,*

23   *Inc.*, 117 F.3d 295, 298 (5th Cir. 1999) (finding it "facially apparent" that plaintiff's claim

24   exceeded $75,000 where plaintiff alleged property damage, travel expenses, an emergency

25   ambulance trip, a six-day stay in the hospital, pain and suffering, humiliation and temporary

26   inability to do housework after the hospitalization).

27   / / /

28

NOTICE OF REMOVAL OF ACTION UNDER 28 USC §1441 (b)

OC/387414v1

WILEY V. ECHEVARRIA
CASE NO. _____

9.      The Notice of Removal is timely in that it was filed within thirty (30) days of service on the first-served defendant and within one year of the filing of the Complaint as required by 28 U.S.C. § 1446(b).

10.      Pursuant to 28 U.S.C. §1446(a), the only "process, pleadings, and orders" that have been served, or attempted to be served, upon Defendants are the Summons and Complaint (Exhibit A), the "Civil Case Cover Sheet," "Notice of Assignment, with Declaration of Mailing," "Notice of Case Management Conference," and "Peremptory Challenge Pursuant to C.C.P. § 170.6" which are attached hereto as Exhibits "F", "G," "H" and "I", respectively.  These are the only pleadings, process and orders that Plaintiff has attempted to serve on Defendants.

11.      In compliance with 28 U.S.C. § 1446(a), a copy of the Notice of Filing of Notice of Removal that will be filed with the Superior Court pursuant 28 U.S.C. § 1446(d), is attached as Exhibit "J."

12.      Defendants have not previously sought similar relief in this case.

13.      Because complete diversity exists between Plaintiff and Defendants, and the amount in controversy alleged exceeds the jurisdictional amount set by 28 U.S.C. §1332, the prerequisites for removal under 28 U.S.C. § 1441 have been met and this Court is vested with subject matter jurisdiction.

DATED:  May **21**, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: _____
Gregory H. Halliday
Andrew C. Harris
Deanna M. Spelber
Attorneys for Defendants, MARTIN AUZA and
MARTIN AUZA SHEEP COMPANY

OC/387414v1

WILEY v. ECHEVARRIA
CASE NO. _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBITS A-J

NOTICE OF REMOVAL OF ACTION UNDER 28 USC §1441 (b)

OC/387414v1

WILEY V. ECHEVARRIA
CASE NO. _____

1

## TABLE OF CONTENTS (EXHIBITS)

2

| Document | Page |
|---|---|
| Exhibit A: Complaint | 7 |
| Exhibit B: Summons of Martin Auza | 12 |
| Exhibit C: Summons of Martin Auza Sheep Co | 14 |
| Exhibit D: Answer to Complaint | 16 |
| Exhibit E: Declaration of Gregory Halliday | 21 |
| Exhibit F: Civil Case Cover Sheet | 24 |
| Exhibit G: Notice of Case Assignment | 26 |
| Exhibit H: Notice of Case Management Conference | 29 |
| Exhibit I: Preemptory Challenge | 31 |
| Exhibit J: Notice of Filing of Removal to Federal Court | 34 |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF REMOVAL OF ACTION UNDER 28 USC §1441 (b)

OC/387414v1

WILEY V. ECHEVARRIA
CASE NO. _____

Exhibit  A

04/01/2008 03:29 FAX  619 685 4294          KNOX PROCESS DEPARTMENT                    002/005

03/27/2008  15:58    6192343641              CADENA CHURCHILL LLP              PAGE  04

---

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gordon S. Churchill (SBN 42603)
Raul Cadena (SBN 185787)
CADENA CHURCHILL, LLP
1202 Kettner Blvd., Suite 4100, San Diego, CA 92101
TELEPHONE NO. 619.546.0888    FAX NO. (Optional) 619.234.3641
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Leland Wiley

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL
STREET ADDRESS
MAILING ADDRESS  939 Main Street
CITY AND ZIP CODE  El Centro, CA 92243
BRANCH NAME  El Centro Courthouse
PLAINTIFF  Leland Wiley

DEFENDANT  Juan Echeverria, Martin Auza, et al.

[✓] DOES 1 TO 10

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[✓] MOTOR VEHICLE    [ ] OTHER (specify):
   [✓] Property Damage    [ ] Wrongful Death
   [✓] Personal Injury    [ ] Other Damages (specify):
Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

ENDORSED
MAR 2 _ 20__
SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY BECKY GUERRERO
DEPUTY

Assigned for all purposes to Judge
including trial

BECKY GUERRERO

CASE NUMBER:
ECU04398

VIA FAX

1. Plaintiff (name or names): Leland Wiley, an individual
alleges causes of action against defendant (name or names):
Juan Echeverria, an individual; Martin Auza, an individual; and Martin Auza Sheep Company
2. This pleading, including attachments and exhibits, consists of the following number of pages: 1
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: WILEY v. ECHEVERRIA, et al. | CASE NUMBER |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name):  Martin Auza Sheep Co    c. ☐ except defendant (name):
      (1) ☑ a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):

   b. ☐ except defendant (name):                         d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 through 5 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 9 and 10 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

9
Exhibit A

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| WILEY v. ECHEVERRIA, et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☑ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3/28/08

Raul Cadena, Esq.
_____
    (TYPE OR PRINT NAME)

▶ _____
    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

**PLD-PI-001(1)**

| SHORT TITLE: WILEY v. ECHEVERRIA | CASE NUMBER: |
|---|---|

_____FIRST_____ **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name):_ Leland Wiley

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on _(date):_ January 30, 2007
at _(place):_
Intersection of SR-115 and Shank Road, El Centro, California

MV- 2. DEFENDANTS
a. [✓] The defendants who operated a motor vehicle are _(names):_
Juan Echeverria, the driver who was in the course and scope of employment with Martin
Auza, Martin Auza Sheep Company, and
[✓] Does _____1_____ to _____5_____

b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment
are _(names):_
Martin Auza and Martin Auza Sheep Company

[✓] Does _____6_____ to _____8_____

c. [✓] The defendants who owned the motor vehicle which was operated with their permission are _(names):_
Martin Auza and Martin Auza Sheep Company

[✓] Does _____6_____ to _____8_____

d. [✓] The defendants who entrusted the motor vehicle are _(names):_
Martin Auza and Martin Auza Sheep Company

[✓] Does _____6_____ to _____8_____

e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were _(names):_
Juan Echeverria

[✓] Does _____1_____ to _____5_____

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [ ] as follows:

[ ] Does _____ to _____                    Page _____4_____

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD PI-001(1) [Rev. January 1, 2007]          **CAUSE OF ACTION—Motor Vehicle**          Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**11**
**Exhibit A**

Exhibit B

Apr 22 2008 9:46PM    HP LASERJET FAX                                    p.9

04/22/2008  12:06    7603511170                    MARTIN AUZA              PAGE  02/09
  04/01/2008 08:29 FAX  618 685 4284    KNOX PROCESS DEPARTMENT            Ø005/005
    03/27/2008  15:58    6192343641              CADENA CHURCHILL LLP         PAGE  02

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
JUAN ECHEVERRIA, MARTIN AUZA, et al.

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
LELAND WILEY



You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

| The name and address of the court is: *(El nombre y dirección de la corte es):* El Centro Courthouse-Superior Court of California 939 Main Street, El Centro, CA 92243 | CASE NUMBER: *(Número del Caso):* ECU04998 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gordon S. Churchill & Raul Cadena, CADENA CHURCHILL, LLP
1202 Kettner Blvd., Suite 4100, San Diego, CA 92101

DATE:    MAR 2 8 2008    JOSE O. GUILLEN    Clerk, by _BECKY GUERRERO_ , Deputy
*(Fecha)*                              *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant
2. ☑ as the person sued under the fictitious name of (specify): Martin Auza, an individual

3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☑ by personal delivery on (date): 4/2/08

SUMMONS

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

Code of Civil Procedure §§ 412.20, 465

13
Exhibit B

14
Exhibit C

Exhibit C

Apr 22 2008 9:44PM    HP LASERJET FAX    p.3

04/22/2008 12:06    7603511178    MARTIN AUZA    PAGE 04/09
04/01/2008 09:28 FAX  U18 685 4294    KNOX PROCESS DEPARTMENT    002/005
03/27/2008  15:50    61923435*1    CADENA CHURCHILL LLP    PAGE 04

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): | FOR COURT USE ONLY |
|---|---|
| Gordon S. Churchill (SBN 42603)<br>Raul Cadena (SBN 185797)<br>CADENA CHURCHILL, LLP<br>1202 Kettner Blvd., Suite 4100, San Diego, CA 92101<br>TELEPHONE NO.: 619.546.0888    FAX NO. (Optional): 619.234.3641<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  Plaintiff Leland Wiley | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  IMPERIAL
STREET ADDRESS:
MAILING ADDRESS:  939 Main Street
CITY AND ZIP CODE:  El Centro, CA 92243
BRANCH NAME:  El Centro Courthouse

PLAINTIFF:  Leland Wiley

DEFENDANT:  Juan Echeverria, Martin Auza, et al.

☑ DOES 1 TO  10

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☑ MOTOR VEHICLE    ☐ OTHER (specify):
☑ Property Damage      ☐ Wrongful Death
☑ Personal Injury      ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded    ☐ does not exceed $10,000
                     ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

ENDORSED

MAR 2 6 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOSE L. GUILLORY, CLERK
BY BECKY GUERRERO
DEPUTY

Assigned for all purpose to Judge
including trial

BECKY GUERRERO

CASE NUMBER:
ECU04398

VIA FAX

1. Plaintiff (name or names):  Leland Wiley, an individual
   alleges causes of action against defendant (name or names):
   Juan Echeverria, an individual; Martin Auza, an individual; and Martin Auza Sheep Company
2. This pleading, including attachments and exhibits, consists of the following number of pages: 1
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit D**

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Gregory H. Halliday, SBN 83554
2  Deanna M. Spelber, SBN 217361
   3 Park Plaza, 17th Floor
3  Irvine, California 92614-8540
   Telephone: (949) 852-8200
4  Facsimile: (949) 852-8282

5  Attorneys for Defendants, MARTIN AUZA
   SHEEP COMPANY, and MARTIN AUZA

6

7

8              SUPERIOR COURT OF CALIFORNIA

9               COUNTY OF EL CENTRO

10

11  LELAND WILEY,                    | CASE NO. ECU04298

12              Plaintiff,           | JUDGE:   BECKY GUERRERO
                                     | DEPT:
13         v.
                                     | **ANSWER TO COMPLAINT**
14  JUAN ECHEVERRIA, MARTIN AUZA,
    MARTIN AUZA SHEEP COMPANY,
15
                Defendants.
16

17

18      Defendants MARTIN AUZA SHEEP COMPANY and MARTIN AUZA (hereinafter

19  "defendants") hereby respond to plaintiff's unverified complaint for damages as follows:

20                      **GENERAL DENIAL**

21      1.      Under the provisions of section 431.30 of the California Code of Civil Procedure,

22  these answering defendants deny each and every and all of the allegations of said complaint, and

23  further deny that plaintiff sustained damages in the sum or sums alleged or in any other sum, or

24  at all.

25                  **FIRST AFFIRMATIVE DEFENSE**

26      2.      Defendants allege that plaintiff and others were actively negligent in and about the

27  matters referred to in the complaint, and that such negligence bars and/or diminishes plaintiff's

28  recovery against this answering defendant.

OC/387417v1
                              -1-
                      ANSWER TO COMPLAINT
                                              17
                                        **Exhibit D**

## SECOND AFFIRMATIVE DEFENSE

3.    Defendants allege that plaintiff was solely negligent or otherwise at fault in and about the matters alleged in plaintiff's complaint and that such negligence or fault was the sole proximate cause of all loss and damage complained of by plaintiff.

## THIRD AFFIRMATIVE DEFENSE

4.    Defendants allege that said complaint and each cause of action therein fails to state facts to constitute any cause of action against Defendants upon which relief can be granted.

## FOURTH AFFIRMATIVE DEFENSE

5.    Defendants allege that the causes of action, if any, attempted to be stated and set forth in the complaint herein are barred by the statute of limitations under applicable provisions of Code of Civil Procedure, including but not limited to Section 335.1.

## FIFTH AFFIRMATIVE DEFENSE

6.    At all times herein mentioned, plaintiff failed to mitigate damages, and is therefore barred from recovering for those damages which could reasonably have been avoided in the exercise of mitigation.

## SIXTH AFFIRMATIVE DEFENSE

7.    Defendants are only severally liable for that portion of non-economic damages proximately caused by it, if any.

## SEVENTH AFFIRMATIVE DEFENSE

8.    The proximate cause of the damage suffered by plaintiff, if any, was the supervening and intervening tortious misconduct of persons and entities other than this defendant.

## EIGHTH AFFIRMATIVE DEFENSE

9.    Defendants allege that plaintiff is responsible for any injuries and barred from recovery as a result of encountering and failing to avoid injury and failing to take the last clear chance to avoid the incident.

///

///

**18**
**Exhibit D**

## PRAYER

WHEREFORE, these answering defendants pray that plaintiff take nothing by reason of said complaint; that these answering defendants be awarded costs of suit herein and such other and further relief as the court deems just; and that if defendants are found liable, that the degree of the responsibility and liability for the resulting damages can be determined and that defendants be held liable only for that portion of the total damages in proportion to the liability for the same.

DATED: May _20_ 2008                  SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:_____
Gregory H. Halliday
Deanna M. Spelber
Attorneys for Defendants, MARTIN AUZA and
MARTIN AUZA SHEEP COMPANY

**19**
**Exhibit D**

-3-

ANSWER TO COMPLAINT

OC/387417v1

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 3 Park Plaza, 17th Floor, Irvine, California 92614-8540. On May 20, 2008, I served the within document(s):

**ANSWER TO COMPLAINT**

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☑   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☐   PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐   OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Gordon S. Churchill                 Attorneys for Plaintiff
Raul Cadena
CADENA CHURCHILL, LLP               (619) 546-0888;  (fax) (619) 234-3641
1202 Kerner Blvd., Suite 4100
San Diego, CA 92101

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 20, 2008, at Irvine, California.

_____
Ester Queja

Wiley v. Echeverria, Auza
0999-000040

20
**Exhibit D**

BLUEBIRDonline.com 1(888) 773-0100

## DECLARATION OF GREGORY H. HALLIDAY

I, Gregory H. Halliday, declare:

1.      I am an attorney at law licensed to practice before all of the Courts of the State of California and am a Partner with the firm of Sedgwick, Detert, Moran & Arnold, LLP, attorneys of record for Defendants Martin Auza and Martin Auza Sheep Company.  This declaration is submitted in support of Defendants Martin Auza and Martin Auza Sheep Company's Notice of Removal based upon diversity jurisdiction.  I am one of the attorneys responsible for handling Martin Auza and Martin Auza Sheep Company's defense of this action, and I have personal knowledge of the facts set forth herein and, if called upon to testify as a witness, I could and would competently testify thereto.

2.      Defendant Martin Auza was, at the time of filing of this action, and still is a citizen of the State of Arizona.

3.      Defendant Martin Auza Sheep Company was, at the time of filing of this action, and still is a corporation incorporated under the laws of the State of Arizona, with its principal place of business in the State of Arizona.

4.      I am informed and believe that Defendant Juan Echeverria, was, at the time of this filing, and still is, a citizen of the Country of Peru.  I am informed and believe that he is currently residing in his home land of Peru.

5.      I caused an investigation to be conducted into the citizenship of plaintiff Leland Wiley.  Based on the results of the investigation, I am informed and believe that plaintiff Leland Wiley was at the time the state court action was filed, and still is a citizen of the State of Washington.  The investigation revealed that plaintiff does not own any property in the State of Arizona and does not reside in the State of Arizona.

6.      Plaintiff's counsel, Mr. Cadena, and his office has confirmed that plaintiff Leland Wiley has incurred between $150,000 - $200,000 in medical bills for injuries allegedly sustained in the January 30, 2007, motor vehicle accident.

/ / /

- 1 -
DECLARATION OF GREGORY H. HALLIDAY

OC/387414v1

WILEY V. ECHEVARRIA
CASE NO. _____

**Exhibit E**

1       7.    Plaintiff is an elderly man who allegedly sustained serious injuries in the January

2  30, 2007, motor vehicle accident.  Based on the medical expenses incurred to date

3  (approximately $150,000 - $200,000), as well as alleged property damages, costs of continuing

4  and pain and suffering, it is more likely than not that the amount that controversy exceeds

5  $75,000.

6       I declare under penalty of perjury under the laws of the State of California that the

7  foregoing is true and correct.

8       Executed on this 21st day of May 2008, at Irvine, California.

                                              Gregory H. Halliday, Esq.

- 2 -

DECLARATION OF GREGORY H. HALLIDAY

WILEY V. ECHEVARRIA
CASE NO. _____

23
Exhibit E

ALL-STATE® LEGAL  800-222-0510   ED11   RECYCLED 

24
**Exhibit F**

Apr 22 2008 9:44PM    HP LASERJET FAX                                    P.2

04/22/2008  12:06    7603511170          MARTIN AUZA          PAGE 03/09
                                                              ☑ 004/005
04/01/2008 08:28 FAX  619 685 4204    KNOX PROCESS DEPARTMENT
                                                              PAGE  82
03/27/2008  15:08   6105343641       CADENA CHURCHILL LLP

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Raul Cadena (SBN 185787)
CADENA CHURCHILL, LLP
1302 Kettner Blvd., Suite 4100, San Diego, CA 92101
TELEPHONE NO.: 619.546.0888    FAX NO.: 619.234.3641
ATTORNEY FOR (Name): Plaintiff Leland Wiley

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL
STREET ADDRESS: 939 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: El Centro, CA 92243
BRANCH NAME: El Centro Courthouse

ENDORSED

MAR 2 8 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOHN D. GUERRA, CLERK
BY BECKY QUESENBERRY
DEPUTY

CASE NAME:
WILEY v. ECHEVERRIA, AUZA, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder | ECU04298 |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | JUDGE: |
| | | | DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not  complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify):
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: 3/28/08
Raul Cadena
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 201.8, 1800–1812; |
|---|---|---|
| Judicial Council of California | | Standards of Judicial Administration, § 19 |
| CM-010 [Rev. January 1, 2006] | | www.courtinfo.ca.gov |

**VIA FAX**

25
**Exhibit F**

ALL-STATE® LEGAL  800-222-0510    ED11    RECYCLED 

**26**
**Exhibit G**

Exhibit G

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF IMPERIAL**



ENDORSED
APR 0 8 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY DEBBI BROOMS
DEPUTY

Leland Wiley
        Plaintiff/Petitioner,                )
                                             )    Case No. ECU04296
                                             )
vs.                                          )    Notice of Assignment
                                             )
Juan Echeverria et al                        )
        Defendant/Respondent.                )
                                             )

TO EACH PARTY HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the above-entitled matter has been assigned for all purposes, including trial, to the Honorable **Joseph W. Zimmerman** .

Date.        APR 0 8 2008

_____
Donal B. Donnelly,  Judge of the Superior Court

Page 1 of 1

27
**Exhibit G**

ALL-STATE® LEGAL  800-222-0510  FD11  RECYCLED

04/22/2008  12:06    7603511170              MARTIN AUZA           PAGE 05/09
04/01/2008 OU:29 FAX  819 685 4294      KNOX PROCESS DEPARTMENT

---

**SUPERIOR COURT OF STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**

Leland Wiley

                    **Plaintiff,**

vs.

Juan Echeverria et al
                    **Defendant.**

ENDORSED

MAR 28 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY BECKY GUERRERO
DEPUTY

**NOTICE OF CASE MANAGEMENT CONFERENCE**            CASE NO. ECU04298

1.  NOTICE is given that a CASE MANAGEMENT CONFERENCE has been scheduled as follows:

| Date:   9-24-2008 | Time: 8:30 a.m. | Dept.: 7 |
|---|---|---|
| Address of court:  Imperial County Courthouse, 939 West Main Street, El Centro, CA 92243 | | |

2.  You must file and serve a completed Case Management Conference Statement at least fifteen (15) days before the case management conference.

3.  You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4.  At the case management conference the court may make pretrial orders, including the following:

    a)  An order establishing a discovery schedule.

    b)  An order referring the case to arbitration.

    c)  An order dismissing fictitious defendants.

    d)  An order scheduling exchange of expert witness information.

    e)  An order setting subsequent conferences and the trial date.

    f)  Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code § 68600 et seq.).

5.  Parties wishing to appear by telephone must comply with CRC 3.670 and local Rule 10.07.

6.  DATED: March 28, 2008                        BECKY GUERRERO

        Jose O. Guillen, Clerk by _____, Deputy

---

**-- SANCTIONS --**

If you do not file the Case Management Conference Statement required by CRC 3.725, or attend the case management conference or participate effectively in the conference, the Court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).

---

NOTICE OF CASE MANAGEMENT CONFERENCE
                    CRC 3.725 and Imperial County Local Rule 3.10
                    Government Code 567600 et seq.

ICMC  C-114 1/07

**31**
**Exhibit I**

Exhibit I

'04/22/2008  12:86   7603511170          MARTIN AUZA              PAGE  06/09
04/02/2008  15:24   6132343641          CADENA CHURCHILL LLP      PAGE  B2

APR 0 4 2008

1 │ Gordon S. Churchill (SBN 42603)
  │ Raul Cadena (SBN 185787)
2 │ CADENA CHURCHILL, LLP
  │ 1202 Kettner Blvd., Suite 4100
3 │ San Diego, CA 92101
  │ Telephone: 619.234.3776
4 │ Facsimile: 619.923.3208

5

6 │ Attorneys for Plaintiff

7

8 │           SUPERIOR COURT OF CALIFORNIA

9 │              COUNTY OF IMPERIAL

10

11 │ LELAND WILEY                    )   Case No.: ECU04298
                                     )
12 │          Plaintiff,             )   PEREMPTORY   CHALLENGE
                                     )   PURSUANT TO C.C.P. 170.6
13 │ v.                              )
                                     )
14 │ JUAN ECHEVERRIA, an individual; MARTIN )   Judge: Hon. Jeffrey B. Jones
   │ AUZA, an individual; MARTIN AUZA SHEEP )   Dept.: 7
15 │ COMPANY                         )   Complaint Filed: March 28, 2008
                                     )   Trial Date: None Set
16 │          Defendants.            )
                                     )
17 │ ───────────────────────────────

18 │        I, Raul Cadena, hereby declare as follows:

19 │    1.    I am one of the attorneys for Plaintiff Leland Wiley, a party to the within action.

20 │    2.    The Honorable Jeffrey B. Jones, before whom a hearing in this action is pending,

21 │ is prejudiced against the party or interest of the party so that I believe said party cannot have a fair

22 │ and impartial trial or hearing before this Judge.

23 │        I declare under penalty of perjury under the laws of the State of California that the foregoing

24 │ is true and correct. Executed this 2nd day of April, 2008 at San Diego, California.

25

26

27 │                                   RAUL CADENA

28

                                   -1-

             Peremptory Challenge Pursuant To C.C.P. 170.6

1  IT IS HEREBY ORDERED THAT Plaintiff's Peremptory Challenge is hereby granted.

2

3  DATED:_____

4                                        _____
                                         JUDGE OF THE SUPERIOR COURT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALL-STATE® LEGAL  800-222-0510   ED11   RECYCLED 

34
**Exhibit J**

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Gregory H. Halliday, SBN 83554
2  Andrew C. Harris, SBN 208706
   Deanna M. Spelber, SBN 217361
3  3 Park Plaza, 17th Floor
   Irvine, California 92614-8540
4  Telephone: (949) 852-8200
   Facsimile: (949) 852-8282
5
   Attorneys for Defendants, MARTIN AUZA
6  SHEEP COMPANY, and MARTIN AUZA

7

8                  SUPERIOR COURT OF CALIFORNIA

9                      COUNTY OF IMPERIAL

10

11  LELAND WILEY,                    CASE NO. ECU04298

12               Plaintiff,          JUDGE:   BECKY GUERRERO
                                     DEPT:
13       v.
                                     NOTICE OF FILING OF REMOVAL TO
14  JUAN ECHEVERRIA, MARTIN AUZA,    FEDERAL COURT IN UNITED STATES
    MARTIN AUZA SHEEP COMPANY,       DISTRICT COURT FOR THE SOUTHERN
15                                   DISTRICT OF CALIFORNIA
             Defendants.
16

17

18       **TO ALL PLAINTIFF AND TO HIS ATTORNEY OF RECORD:**

19       **PLEASE TAKE NOTICE** that Defendants MARTIN AUZA and MARTIN AUZA

20  SHEEP COMPANY filed a Notice of Removal in the United States District Court for the Central

21  District on May 22, 2008.  A conformed copy of the Notice of Removal is attached to this

22  Notice, and is served and filed herewith.

23       **PLEASE TAKE NOTICE** that on May 22, 2008, Defendants MARTIN AUZA and

24  MARTIN AUZA SHEEP COMPANY (collectively "Defendants") filed a "Notice of Removal of

25  Action Pursuant to Title 28 United States Code Sections 1332(a)(1) and 1441(a)," removing the

26  above-entitled action from the Superior Court of California, County of Imperial, to United States

27  District Court for the Southern District of California.  (A true and correct file-stamped copy of

28  Defendants' Notice of Removal is attached hereto as Exhibit "A").

                                                          **35**
                                                          **Exhibit J**
OC/387413v1
                            -1-
                NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

1     **PLEASE TAKE FURTHER NOTICE** that, upon filing the Notice of Removal with the

2 Clerk of the United States District Court for the Southern District of California, and filing copies

3 thereof with the Clerk of the Imperial County Superior Court on May 22, 2008, Defendants have

4 effected removal and the Superior Court shall proceed no further in this action unless and until

5 the case is remanded.

6

7 DATED: May _____ 2008             SEDGWICK, DETERT, MORAN & ARNOLD LLP

8

9                                   By:_____

10                                       Gregory H. Halliday
                                    Andrew C. Harris

11                                     Deanna M. Spelber
                                    Attorneys for Defendants, MARTIN AUZA and
                                    MARTIN AUZA SHEEP COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                            **36**
                                                    **Exhibit J**

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**

LELAND WILEY

**DEFENDANTS**

JUAN ECHEVERRIA, MARTIN AUZA SHEEP COMPANY, MARTIN AUZA

FILED
2008 MAY 22  AM 10: 35

'08 CV 0909 H NLS

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Klichitat County, WASH
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  COUNTRY OF PERU
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gordon S. Churchill & Raul Cadena
Cadena Churchill, LLP
1202 Kerner Blvd.,Ste 4100
San Diego,CA 92101
(619) 546-0888

ATTORNEYS (IF KNOWN)

Gregory H. Halliday, SBN 83554/ Andrew C. Harris , SBN 208706
Sedgwick, Detert, Moran & Arnold, LLP
3 Park Plaza, 17th Flr.
Irvine, CA 92614-8540
(949) 852-8200

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Negligence/ Motor vehicle accident between diverse citizens, damages in excess of $75,000.  This case is removed pursuant to 28 U.S.C. Sec. 1322, 1441(b) and 1446.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removal from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ ___   CHECK YES only if demanded in complaint:  JURY DEMAND:  ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE ___   Docket Number ___

DATE

May 21, 2008

SIGNATURE OF ATTORNEY OF RECORD

Gregory H. Halliday

$151/88   5/22/08

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

$350.

# ORIGINAL

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151188    — SR**

**May 22, 2008
10:38:59**

**Civ Fil Non-Pris**
USAO #.: 08CV0909 CIV. FIL.
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC#10374

**Total—>   $350.00**

FROM: WILEY V. ECHEVERRIA, ET AL
       CIVIL FILING