ORIGINAL

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Gregory H. Halliday, SBN 83554
2  Andrew C. Harris, SBN 208706
   Deanna M. Spelber, SBN 217361
3  3 Park Plaza, 17th Floor
   Irvine, California 92614-8540
4  Telephone: (949) 852-8200
   Facsimile: (949) 852-8282
5
   Attorneys for Defendants, MARTIN AUZA
6  SHEEP COMPANY, and MARTIN AUZA

FILED

2008 MAY 22 AM 10: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____V.NIX_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CV 0909 H NLS

| | |
|---|---|
| LELAND WILEY, | CASE NO. _____ |
| Plaintiff, | JUDGE:<br>DEPT: |
| v. | |
| JUAN ECHEVERRIA, MARTIN AUZA, MARTIN AUZA SHEEP COMPANY, | **NOTICE OF PARTIES WITH FINANCIAL INTERERST** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

In accordance with Federal Rules of Civil Procedure 7.1 and Local Rule 40.2, the undersigned, counsel of record for Defendants MARTIN AUZA and MARTIN AUZA SHEEP COMPANY, for themselves only and for no other party, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Defendant MARTIN AUZA;

    2.    Defendant MARTIN AUZA SHEEP COMPANY;

    3.    Defendant JUAN ECHEVERRIA; and

1      4.    Plaintiff LELAND WILEY.

2      At present, there are no known interested parties other than those participating in this case.

3

4

5  DATED: May 21, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

6

7

8                           By: _____

9                                 Gregory H. Halliday
                                  Andrew C. Harris

10                                Deanna M. Spelber
                               Attorneys for Defendants, MARTIN AUZA and

11                                MARTIN AUZA SHEEP COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF PARTIES WITH FINANCIAL INTEREST

OC/387493v1                                                                  WILEY v. ECHEVARRIA
                                                                          CASE NO. _____