SEDGWICK, DETERT, MORAN & ARNOLD LLP
Gregory H. Halliday, SBN 83554
Andrew C. Harris, SBN 208706
Deanna M. Spelber, SBN 217361
3 Park Plaza, 17th Floor
Irvine, California 92614-8540
Telephone: (949) 852-8200
Facsimile: (949) 852-8282

Attorneys for Defendants, MARTIN AUZA
SHEEP COMPANY, and MARTIN AUZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT, SAN DIEGO, CALIFORNIA

| | |
|---|---|
| LELAND WILEY,<br><br>            Plaintiff,<br><br>     v.<br><br>JUAN ECHEVERRIA, MARTIN AUZA, MARTIN AUZA SHEEP COMPANY,<br><br>            Defendants. | CASE NO. **08 CV 0909 H NLS**<br><br>JUDGE:            MARILYN L. HUFF<br>COURTROOM:   13<br><br>**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

ESTER QUEJA certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 3 Park Plaza, 17th Floor, Irvine, California 92614-8540, which is located in the City of Irvine, County of Orange, State of California, where the mailing described below took place.

On May 23, 2008, I served the following documents:

**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT IN UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, INCLUDING EXHIBIT "A" WHICH COMPRISED OF THE NOTICE OF REMOVAL**

1  OF ACTION UNDER 28 USC §1441(b), CIVIL COVERSHEET, AND NOTICE OF
2  PARTIES WITH FINANCIAL INTEREST, which documents were filed with the United
3  States District Court of California, Southern District on May 22, 2008,
4
5  and placed these documents in a sealed envelope with postage thereon fully prepaid, in the
6  United States Post mail at Irvine, California, addressed as follows:
7      Gordon S. Churchill                     Attorneys for Plaintiff
8      Raul Cadena
9      CADENA CHURCHILL, LLP
10     1202 Kerner Blvd,. Suite 4100
11     San Diego, CA 92101
12     Tel: (619) 546-0888; Fax: (619) 234-3641
13        I am readily familiar with the firm's practice of collection and processing
14 correspondence for mailing. Under that practice it would be deposited with the U.S. Postal
15 Service on that same day with postage thereon fully prepaid in the ordinary course of business. I
16 am aware that on motion of the party served, service is presumed invalid if postal cancellation
17 date or postage meter date is more than one day after date of deposit for mailing in affidavit.
18        I declare that I am employed in the office of a member of the bar of this court at
19 whose direction the service was made.
20        Executed on May 27, 2008, at Irvine, California.
21
22                                 _____
23                                         Ester Queja
    Re: Leland Wiley v. Echeverria, Auza
24     5000-000001

# CERTIFICATION OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 3 Park Plaza, 17th Floor, Irvine, California 92614-8540. I hereby certify that on May 27, 2008, I served the within document(s):

**PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Gordon S. Churchill<br>Raul Cadena<br>CADENA CHURCHILL, LLP<br>1202 Kerner Blvd., Suite 4100<br>San Diego, CA 92101 | Attorneys for Plaintiff<br><br>(619) 546-0888; (fax) (619) 234-3641 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 27, 2008, at Irvine, California.

*Ester Queja*

Re: Leland Wiley v. Echeverria, Auza
5000-000001

OC/387675v1

-3-
PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
WILEY V. ECHEVARRIA, Auza
CASE NO. 08 CV 0909 H NLS