1  Raul Cadena (SBN 185787)
   **CADENA CHURCHILL, LLP**
2  1202 Kettner Blvd., Suite 4100
   San Diego, California 92101
3  Telephone: 619.546.0888
   Facsimile:  619.923.3208
4

5  Attorney for Plaintiff

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | LELAND WILEY, an individual | ) CASE NO.  08cv909 H (NLS) |
   |                              | ) |
12 |           Plaintiff,         | ) |
   |                              | ) **PLAINTIFF'S NOTICE OF MOTION AND** |
13 |                              | ) **MOTION FOR AN ORDER ALLOWING** |
   | v.                           | ) **PUBLICATION OF SUMMONS;** |
14 |                              | ) **MEMORANDUM OF POINTS AND** |
   |                              | ) **AUTHORITIES IN SUPPORT THEREOF** |
15 | JUAN ECHEVERRIA an individual, MARTIN | ) |
   | AUZA, an individual,         | ) |
16 |                              | ) Date: June 30, 2008 |
   |           Defendants.        | ) Time: 10:30 a.m. |
17 |                              | ) Ctrm: 13 |
   |                              | ) Judge: Hon. Marilyn L. Huff |
18

19         **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20         **PLEASE TAKE NOTICE** that Plaintiff Leland Wiley will and hereby does move the

21 Court for an order allowing publication of summons on June 30, 2008, at 10:30 a.m. in Courtroom

22 13 of the United States District Court, Southern District of California located at 940 Front Street,

23 San Diego, CA 92101.  This motion is based on the memorandum of points and authorities

24 discussed below, the Declaration of Raul Cadena, the complete file and records of this action and

25 any oral argument.  Through the court's clerk, counsel has been advised that the court prefers this

26 noticed motion.

27 ///

28 ///

-1-
**Plaintiff's Motion For An Order For Publication of Summons**

## I. INTRODUCTION

Plaintiff seeks an order directing service of summons on the individual defendant, Juan Echeverria, by publication in a newspaper of general circulation, pursuant to Code of Civil Procedure Section 415.50.

Plaintiff's request is made upon the ground that said defendant cannot with reasonable diligence be located and served in any other manner specified in Code of Civil Procedure Sections 415.10 through 415.30, and that as shown by the complaint on file herein, a cause of action exists against said defendant. For this reason, Plaintiff's motion for an order allowing publication of summons should be granted.

## II. POINTS AND AUTHORITIES IN SUPPORT OF MOTION

Where a defendant has not yet been served prior to removal to federal court, federal law governs service of summons. FRCP 81(c)(1). However, Federal Rule 4 permits service in accordance with state law for the state where the federal district court is located. FRCP 4(e)(1). Here, the complaint was originally filed in Superior Court in the State of California, County of Imperial.

California Code of Civil Procedure Section 415.50 provides as follows:

> "A summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that either: (1) A cause of action exists against the party upon whom service is to be made or he or she is a necessary or proper party to the action; (2) The party to be served has or claims an interest in real or personal property in this state that is subject to the jurisdiction of the court or the relief demanded in the action consists wholly or in part in excluding the party from any interest in the property."

As stated in detail in the attached Declaration of Raul Cadena, Plaintiff has exercised reasonable diligence in attempting to serve Defendant Juan Echeverria with the summons and complaint. However, Plaintiff has been informed that said defendant is no longer residing in California, but on information and belief, now resides somewhere in Peru, address unknown. Plaintiff has attempted to ascertain said defendant's address in Peru to no avail.

///

///

1  A cause of action exists against said defendant because, as stated in the complaint, he is alleged to have negligently operated the vehicle which struck plaintiff on January 30, 2007, giving rise to this action. If Plaintiff's allegations are proven to be true, said defendant will be jointly and severally liable for Plaintiff's damages, rendering him a necessary and proper party to this action.

### III. CONCLUSION

In light of the foregoing, good cause exists for an order for publication of summons as to Juan Echeverria and Plaintiff respectfully requests this Court issue such an order.

DATED: June 2, 2008                    **CADENA CHURCHILL, LLP**

By: s:/Raul Cadena, Esq.
Raul Cadena Esq.
Attorney for Plaintiff

1 | Raul Cadena (SBN 185787)
**CADENA CHURCHILL, LLP**
2 | 1202 Kettner Blvd., Suite 4100
San Diego, California 92101
3 | Telephone: 619.546.0888
Facsimile: 619.923.3208

5 | Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND WILEY, an individual | ) CASE NO. 08cv909 H (NLS) |
| Plaintiff, | ) |
| | ) **DECLARATION OF RAUL CADENA IN** |
| | ) **SUPPORT OF PLAINTIFF'S MOTION** |
| v. | ) **FOR AN ORDER ALLOWING** |
| | ) **PUBLICATION OF SUMMONS** |
| JUAN ECHEVERRIA an individual, MARTIN AUZA, an individual; MARTIN AUZA SHEEP COMPANY; and DOES 1-10 | ) |
| | ) Date: June 30, 2008 |
| | ) Time: 10:30 a.m. |
| Defendants. | ) Ctrm: 13 |
| | ) Judge: Hon. Marilyn L. Huff |

I, the undersigned, declare as follows:

1. I am the attorney of record in this action for Plaintiff Leland Wiley ("Plaintiff") and have personal knowledge of each of the facts set forth in this Declaration, and can testify competently thereto, except as to the matters stated on information and belief, and as to such matters I believe them to be true.

2. This declaration is being submitted in support of Plaintiff's motion for an order allowing publication of summons as to defendant Juan Echeverria, pursuant to the provisions of C.C.P. § 415.50.

3. Plaintiff's complaint in this action was filed on March 28, 2008 and contains a cause of action against defendant Echeverria for negligence causing personal injury and property damage.

4. Upon information and belief, the following attempts to deliver copies of said summons and complaint to defendant personally at his last known place of business located at 4451 Dietrich Rd., Brawley, CA 92227, were unsuccessful:

| Date | Time | Description |
|---|---|---|
| 4/14/08 | 9:30 a.m. | Attempted service at business address; closed |
| 4/16/08 | 12:15 p.m. | Attempted service at business address; closed |
| 4/18/08 | 4:15 p.m. | Attempted service at business address; closed |
| 4/20/08 | 5:00 p.m. | Attempted service at business address; closed |
| 4/22/08 | 12:25 p.m. | Per Martin Auza, defendant no longer with company, has moved back to Peru. |

5. Upon information and belief, the above attempts at service were made by Irene R. Flores of Knox Attorney Service, Inc., located at 2250 Fourth Avenue, San Diego, California, 92101. Attached as **Exhibit "1"** is a true and correct copy of the proof of service.

6. Upon information and belief, an attempt at substitute service, pursuant to the provisions of CCP § 415.20, would be futile.

7. Our office has been unable to locate said defendant, within or outside the State of California, despite reasonable efforts and diligence. Our office has searched online databases for a Peru listing for said defendant but has been unable to obtain any contact information

8. To the best of my knowledge, no person, firm, or entity other than as mentioned above knows, or is likely to know, the whereabouts of said defendant, and I know of no other source from which the defendant's whereabouts may be ascertained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June, 2008 at San Diego, California.

_____
RAUL CADENA

# EXHIBIT "1"

RAUL CADENA, ESQ. (SBN 185787)
CADENA CHURCHILL, LLP
1202 KETTNER BOULEVARD, SUITE 4100
SAN DIEGO CA 92101
619-234-3776        Ref. No.        : 0279444-01
                    Atty. File No.  : WILEY

SUPERIOR COURT OF CA., COUNTY OF IMPERIAL
IMPERIAL JUDICIAL DISTRICT

PLAINTIFF   : LELAND WILEY                      Case No.: ECU04298
DEFENDANT   : JUAN ECHEVERRIA, et al.           **NOT FOUND RETURN**

Hearing date : September 24, 2008    Time :08:30 AM    Dept./Div. : 7

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action.

I received the within process on 01/14/08:
   SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF CASE
   MANAGEMENT CONFERENCE; PEREMPTORY CHALLENGE PURSUANT TO C.C.P.
   170.6; DECLARATION OF MAILING

After due and diligent effort I have been unable to effect personal service on the within named

   JUAN ECHEVERRIA, an individual

at

4451 DIETRICH RD., BRAWLEY CA 92227

Dates and times of attempts are as follows:

   04/14/08 09:30A   Attempted service at business address; closed
   04/16/08 12:15P   Attempted service at business address; closed
   04/18/08 04:15P   Attempted service at business address; closed
   04/20/08 05:00P   Attempted service at business address; closed
   04/22/08 10:30A   Attempted service at business address; closed
   04/22/08 12:25P   Per Martin Auaz, Juan no longer with company; he moved
                     back to Peru.

Person serving:
   IRENE R. FLORES                          Fee for service: $85.50
   KNOX ATTORNEY SERVICE, INC.              Registered California Process server
   2250 Fourth Avenue                          Registration No.: 152
   San Diego, California 92101                 County: San Diego
   619-233-9700

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 23, 2008
                                    Signature: _____
                                                IRENE R. FLORES

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated)<br>WILEY v. ECHEVERRIA, et al. | |
| ATTORNEY(S) NAME AND ADDRESS:       TELEPHONE:<br>Raul Cadena, Esq.                              619.546.0888<br>CADENA CHURCHILL<br>1202 Kettner Blvd., Suite 4100<br>San Diego, CA 92101 | |
| ATTORNEY(S) FOR:              ) HEARING DATE/TIME/CTRM.     ) CASE NUMBER<br>Plaintiff                              ) 06/30/08, 10:30 a.m., Ctrm. 13   ) 08cv909 H (NLS) | |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action; my business address is CADENA CHURCHILL, LLP 1202 Kettner Blvd., Suite 4100, San Diego, CA 92101. On June 2, 2008, I served the following document(s) described as:

1) **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER ALLOWING PUBLICATION OF SUMMONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND**

2) **DECLARATION OF RAUL CADENA IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER ALLOWING PUBLICATION OF SUMMONS**

[x]   I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following participant(s):

Gregory H. Halliday, Esq.                           Attorneys for DEFENDANTS
Andrew C. Harris, SBN 208706                 Martin Auza and Martin Auza Sheep Company
Deanna M. Spelber, SBN 217361               Telephone: 949.852.8200
**SEDGWICK, DETERT, MORAN**              Facsimile: 949.852.8282
**& ARNOLD LLP**
3 Park Plaza, 17th Floor
Irvine, California 92614-8540

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ]   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY FACSIMILE:**   I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court. Rule 2003 and no error was reported by machine.

[X]  **BY OVERNIGHT COURIER:** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office a member of the bar of this court at whose direction the service was made.

Executed on June 2, 2008, at San Diego, California.

_____
DENISE MENDOZA

RAUL CADENA*
KRISTEN L. CHURCHILL

GORDON S. CHURCHILL,
OF COUNSEL

# CADENA CHURCHILL, LLP

ATTORNEYS AT LAW
1202 KETTNER BLVD., SUITE 4100
SAN DIEGO, CA 92101

TEL: 619.546.0888
FAX: 619.923.3208

*Also admitted in Texas

# Fax

| | |
|---|---|
| Name: | Gregory Halliday, Esq. |
| Organization: | **Sedgwick, Detert, Moran & Arnold, LLP** |
| Fax: | 949.852.8282 |
| From: | Denise Mendoza, Secretary to Raul Cadena, Esq. |
| Date: | June 2, 2008 |
| Subject: | Wiley v. Echeverria, et al. |
| Pages: | __10__, including cover |

THE ACCOMPANYING DOCUMENT IS INTENDED SOLELY FOR THE USE OF THE PARTY SPECIFIED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE BY APPLICABLE LAW.

IF THE READER OF THIS MESSAGE IS NOT THE ABOVE-SPECIFIED RECIPIENT (OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT), DISSEMINATION, DISTRIBUTION OR COPYING OF THE ACCOMPANYING DOCUMENT IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE ABOVE-IDENTIFIED SENDER BY TELEPHONE. THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
                                          TIME : 06/02/2008 16:39
                                          NAME : CADENA CHURCHILL LLP
                                          FAX  : 6192343641
                                          TEL  :
```

```
DATE,TIME              06/02  16:37
FAX NO./NAME           19498528282549#
DURATION               00:02:39
PAGE(S)                10
RESULT                 OK
MODE                   STANDARD
                       ECM
```