Raul Cadena (SBN 185787)
**CADENA CHURCHILL, LLP**
1202 Kettner Blvd., Suite 4100
San Diego, California 92101
Telephone: 619.546.0888
Facsimile: 619.923.3208

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND WILEY, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>JUAN ECHEVERRIA an individual, MARTIN AUZA, an individual, MARTIN AUZA SHEEP COMPANY; and DOES 1-10<br><br>            Defendants. | ) CASE NO. 08cv909 H (NLS)<br>)<br>)<br>) **MEMORANDUM OF POINTS AND**<br>) **AUTHORITIES IN SUPPORT OF JOINT**<br>) **EX PARTE REQUEST TO CONTINUE**<br>) **EARLY NEUTRAL EVALUATION**<br>) **CONFERENCE**<br>)<br>)<br>)<br>) Ctrm: F (1st Floor)<br>) Judge: Hon. Nita L. Stormes<br>) |

## I.    <u>INTRODUCTION</u>

This is a personal injury negligence action. Plaintiff was involved in an automobile collision with Defendant Juan Echeverria on January 30, 2007, in which Plaintiff and his passenger were severely injured. Plaintiff filed his complaint in California state court, in the County of Imperial, on March 28, 2008. On May 21, 2008, Defendants Martin Auza and Martin Auza Sheep Company, who were allegedly Mr. Echeverria's employer at the time of the collision, removed the action to federal court.

The Early Neutral Evaluation Conference is now set for June 24, 2008, in this Court. However, Plaintiff seeks to continue this conference for approximately three (3) months, in order that several key matters may be resolved. First, Plaintiff was seriously injured with resulting cervical vertebral fractures, is still taking oxycodone for the pain, liens are pending from Medicare

1  and Kaiser Permanente in unknown amounts, and a comprehensive orthopedic evaluation is

2  pending.  The complete information will not be availably by June 24, 2008.  Second, because the

3  parties have already agreed to mediate the case through private mediation and are in the process

4  of selecting a mediator, the parties jointly propose an ENE in September to allow for resolution

5  of this matter.  Finally, one of the named defendants has yet to be served process, which must

6  occur before that defendant is required to participate in this litigation.  For these reasons, Plaintiff

7  is seeking a continuance of the ENE Conference.

8  **II.    GOOD CAUSE EXISTS TO CONTINUE THE ENE CONFERENCE**

9      Several circumstances are present in this case which justify a continuance of the ENE.

10     **A.    A Continuance Would Allow Plaintiff to Obtain a More Accurate Estimate of**

11     **His Actual Damages.**

12     Plaintiff was seriously injured in the accident giving rise to this action.  He received

13 multiple cervical vertebral fractures, which he continues to treat with oxycodone.  At present, liens

14 are pending from Medicare and Kaiser Permanente in unknown amounts.  A comprehensive

15 orthopedic evaluation is pending as well.  Thus, Plaintiff cannot currently obtain an accurate

16 estimate of his medical bills.  This renders Plaintiff's damages uncertain.  Yet, with the granting

17 of a continuance, Plaintiff will have an opportunity to obtain complete information on these liens

18 and come up with a meaningful assessment of his damages.  This will greatly aid the process of

19 settlement negotiations, which are virtually impossible without such damage estimates.

20     **B.    The Parties Have Stipulated To A Continuance of the ENE.**

21     The parties have agreed to private mediation and are in the process of selecting a mediator.

22 The parties anticipate a private mediation to take place before September 2008.  See Stipulation

23 attached as Exhibit "1".

24     **C.    A Continuance Will Facilitate the Inclusion of All Parties at the ENE**

25     **Conference.**

26     Plaintiff is still attempting to serve process upon Defendant Juan Echeverria, who is

27 currently believed to be residing in Peru.  At the time this matter was removed to federal court,

28 Plaintiff was preparing to file an ex parte application for an order of publication in order to serve

1  this Defendant.  That process is continuing now in this court, as a request for such an order has

2  been filed.  See Request attached as Exhibit "1" to the Declaration of Raul Cadena.  It is extremely

3  unlikely that this Defendant will be notified in sufficient time to allow for an appearance at a

4  conference on June 24, 2008.  Given the stated purpose of the conference, inclusion of all

5  interested parties is crucial.  The granting of a continuance would allow Plaintiff additional time

6  to serve process by publication.  It would also allow Defendant Echeverria an opportunity to gain

7  knowledge of the lawsuit and thereby allow for his participation at the conference.

8  **III.    <u>CONCLUSION</u>**

9        Based on the foregoing, Plaintiff respectfully requests that the Court issue an order

10  continuing the Early Neutral Evaluation Conference until September, 2008.

11

12  Dated: June 3, 2008                    **CADENA CHURCHILL, LLP**

13

14                                         By: s:/Raul Cadena
                                           Attorney for Plaintiff
15                                         E-mail: rcadena@cadenachurchill.com

16

17

18

19

20

21

22

23

24

25

26

27

28

**Points and Authorities in Support of Joint Ex Parte Request to Continue ENE Conference**

EXHIBIT "1"

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    LELAND WILEY, an individual          )CASE NO.  08cv909 H (NLS)
                                            )
12                    Plaintiff,            )
                                            )**[PROPOSED]  STIPULATION  AND**
13                                          )**ORDER   TO   CONTINUE   EARLY**
         v.                                 )**NEUTRAL EVALUATION CONFERENCE**
14                                          )
                                            )
15    JUAN ECHEVERRIA an individual, MARTIN )
      AUZA, an individual; MARTIN AUZA SHEEP)Ctrm:  F (1st Floor)
16    COMPANY; and DOES 1-10                )Judge: Hon. Nita L. Stormes
                                            )
17                    Defendants.           )
                                            )
18

19          WHEREAS, this is a personal injury negligence action originally filed by Plaintiff Leland

20    Wiley ("Plaintiff") in California Superior Court against Defendants Juan Echeverria, Martin Auza,

21    and Martin Auza Sheep Company;

22          WHEREAS, defendants' Martin Auza and Martin Auza Sheep Company (collectively

23    "Defendants") removed this action to Federal Court on May 22, 2008;

24          WHEREAS, the parties have agreed to submit this matter for private mediation and are in

25    the process of selecting a mediator in San Diego, California;

26          WHEREAS, subject to the availability of counsel and the proposed mediator, the parties

27    have agreed to mediate this matter before September 2008;

28    ///

                                            -1-

1    WHEREAS, in light of the foregoing, the parties request a continuance of the Early Neutral

2    Evaluation Conference ("ENE") until after the private mediation is concluded;

3    WHEREAS, the parties hereby stipulate to continue the ENE for a period of ninety (90)

4    days or such other date as may be convenient for the Court's calendar.

5    Based upon the foregoing:

6    IT IS HEREBY STIPULATED by and between the parties that:

7    1.    The ENE currently set for June 24, 2008, in this action is vacated and the ENE shall

8    be continued to _____ in Courtroom F of the above entitled court;

9    and

10    **IT IS SO STIPULATED.**

11

12    Dated: 6/5/08

13                                                **CADENA CHURCHILL, LLP**

14                                                By: _____
15                                                Raul Cadena, Esq.
                                                    Attorney for Plaintiff
16

17    Dated: 6/5/08                               **SEDGWICK, DETERT, MORAN & ARNOLD**

18

19                                                By: _____
                                                    Gregory H. Halliday, Esq.
20                                                Andrew C. Harris, Esq.
                                                    Deanna M. Spelber, Esq.
21                                                Attorneys for Martin Auza and Martin Auza Sheep
                                                    Company
22

23    **IT IS SO ORDERED.**

24

25    Dated:_____

26                                                _____
                                                    HONORABLE NITA L. STORMES
27

28

-2-

**[Proposed] Stipulation and Order To Continue Early Neutral Evaluation Conference**

1 | Raul Cadena (SBN 185787)
**CADENA CHURCHILL, LLP**
2 | 1202 Kettner Blvd., Suite 4100
San Diego, California 92101
3 | Telephone: 619.546.0888
Facsimile: 619.923.3208
4 |
5 | Attorney for Plaintiff
6 |
7 |
8 | **UNITED STATES DISTRICT COURT**
9 | **SOUTHERN DISTRICT OF CALIFORNIA**
10 |

11 | LELAND WILEY, an individual    )CASE NO. 08cv909 H (NLS)
                                    )
12 |        Plaintiff,              )
                                    )**DECLARATION OF RAUL CADENA IN**
13 |                                )**SUPPORT OF REQUEST TO CONTINUE**
    v.                              )**EARLY  NEUTRAL  EVALUATION**
14 |                                )**CONFERENCE**
                                    )
15 | JUAN ECHEVERRIA an individual, MARTIN )
    AUZA, an individual; MARTIN AUZA SHEEP )
16 | COMPANY; and DOES 1-10         )Ctrm:  F (1st Floor)
                                    )Judge: Hon. Nita L. Stormes
17 |        Defendants.             )
    _____)
18 |

19 |        I, the undersigned, declare as follows:

20 |        1.    I am the attorney of record in this action for Plaintiff Leland Wiley ("Plaintiff") and

21 | have personal knowledge of each of the facts set forth in this Declaration, and can testify

22 | competently thereto, except as to the matters stated on information and belief, and as to such

23 | matters I believe them to be true.

24 |        2.    Plaintiff Leland Wiley was seriously injured with resulting cervical vertebral

25 | fractures and is still taking oxycodone for the pain. In addition, liens are pending from Medicare

26 | and Kaiser Permanente in unknown amounts. Further, a comprehensive orthopedic evaluation is

27 | pending. Accordingly, an ENE on June 24, 2008 would not be fruitful.

28 | ///

1      3.      The parties have agreed to private mediation and are in the process of selecting a

2  mediator in San Diego in anticipation of a mediation date to occur before September 2008.

3      4.      Plaintiff has attempted to serve individual defendant Juan Echeverria but has been

4  informed Mr. Echeverria is no longer employed by Defendants and has moved back to Peru.

5  Plaintiff has made a separate request before Judge Huff for an order allowing publication of

6  summons as to Mr. Echeverria.  A courtesy copy is enclosed for the Court's review as Exhibit "1".

7      I declare under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed this 3rd day of June, 2008 at San Diego, California.

9

10  RAUL CADENA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Raul Cadena in Support of Request to Continue Early Neutral Evaluation Conference**

EXHIBIT "1"

1    Raul Cadena (SBN 185787)
     **CADENA CHURCHILL, LLP**
2    1202 Kettner Blvd., Suite 4100
     San Diego, California 92101
3    Telephone: 619.546.0888
     Facsimile: 619.923.3208
4

5    Attorney for Plaintiff

6

7

8                **UNITED STATES DISTRICT COURT**

9               **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    LELAND WILEY, an individual       )CASE NO. 08cv909 H (NLS)
                                )
12            Plaintiff,          )
                                )**PLAINTIFF'S NOTICE OF MOTION AND**
13                                 )**MOTION FOR AN ORDER ALLOWING**
   v.                                )**PUBLICATION OF SUMMONS;**
14                                 )**MEMORANDUM OF POINTS AND**
                                )**AUTHORITIES IN SUPPORT THEREOF**
15    JUAN ECHEVERRIA an individual, MARTIN )
   AUZA, an individual,             )
16                               )Date: June 30, 2008
           Defendants.       )Time: 10:30 a.m.
17                               )Ctrm: 13
   _____ )Judge: Hon. Marilyn L. Huff
18

19       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20          **PLEASE TAKE NOTICE** that Plaintiff Leland Wiley will and hereby does move the

21   Court for an order allowing publication of summons on June 30, 2008, at 10:30 a.m. in Courtroom

22   13 of the United States District Court, Southern District of California located at 940 Front Street,

23   San Diego, CA 92101. This motion is based on the memorandum of points and authorities

24   discussed below, the Declaration of Raul Cadena, the complete file and records of this action and

25   any oral argument. Through the court's clerk, counsel has been advised that the court prefers this

26   noticed motion.

27   ///

28   ///

1    I.      **INTRODUCTION**

2              Plaintiff seeks an order directing service of summons on the individual defendant, Juan

3    Echeverria, by publication in a newspaper of general circulation, pursuant to Code of Civil

4    Procedure Section 415.50.

5              Plaintiff's request is made upon the ground that said defendant cannot with reasonable

6    diligence be located and served in any other manner specified in Code of Civil Procedure Sections

7    415.10 through 415.30, and that as shown by the complaint on file herein, a cause of action exists

8    against said defendant.  For this reason, Plaintiff's motion for an order allowing publication of

9    summons should be granted.

10   II.     **POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

11             Where a defendant has not yet been served prior to removal to federal court, federal law

12   governs service of summons.  FRCP 81(c)(1).  However, Federal Rule 4 permits service in

13   accordance with state law for the state where the federal district court is located.  FRCP 4(e)(1).

14   Here, the complaint was originally filed in Superior Court in the State of California, County of

15   Imperial.

16             California Code of Civil Procedure Section 415.50 provides as follows:

17             "A summons may be served by publication if upon affidavit it appears to the
               satisfaction of the court in which the action is pending that the party to be served
18             cannot with reasonable diligence be served in another manner specified in this
               article and that either:  (1) A cause of action exists against the party upon whom
19             service is to be made or he or she is a necessary or proper party to the action; (2)
               The party to be served has or claims an interest in real or personal property in this
20             state that is subject to the jurisdiction of the court or the relief demanded in the
               action consists wholly or in part in excluding the party from any interest in the
21             property."

22             As stated in detail in the attached Declaration of Raul Cadena, Plaintiff has exercised

23   reasonable diligence in attempting to serve Defendant Juan Echeverria with the summons and

24   complaint.  However, Plaintiff has been informed that said defendant is no longer residing in

25   California, but on information and belief, now resides somewhere in Peru, address unknown.

26   Plaintiff has attempted to ascertain said defendant's address in Peru to no avail.

27   ///

28   ///

-2-

**Plaintiff's Motion For An Order For Publication of Summons**

1       A cause of action exists against said defendant because, as stated in the complaint, he is

2   alleged to have negligently operated the vehicle which struck plaintiff on January 30, 2007, giving

3   rise to this action.  If Plaintiff's allegations are proven to be true, said defendant will be jointly and

4   severally liable for Plaintiff's damages, rendering him a necessary and proper party to this action.

5   **III.**     **<u>CONCLUSION</u>**

6       In light of the foregoing, good cause exists for an order for publication of summons as to

7   Juan Echeverria and Plaintiff respectfully requests this Court issue such an order.

8

9   DATED: June 2, 2008               **CADENA CHURCHILL, LLP**

10

11                         By: s:/Raul Cadena, Esq.

12                         Raul Cadena Esq.
                           Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Raul Cadena (SBN 185787)
    **CADENA CHURCHILL, LLP**
2   1202 Kettner Blvd., Suite 4100
    San Diego, California 92101
3   Telephone:  619.546.0888
    Facsimile:  619.923.3208
4

5   Attorney for Plaintiff

6

7

8                       **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  LELAND WILEY, an individual          )CASE NO.  08cv909 H (NLS)
                                         )
12               Plaintiff,              )
                                         )
13                                       )**DECLARATION OF RAUL CADENA IN**
    v.                                   )**SUPPORT OF PLAINTIFF'S MOTION**
                                         )**FOR AN ORDER ALLOWING**
14                                       )**PUBLICATION OF SUMMONS**
                                         )
15  JUAN ECHEVERRIA an individual, MARTIN )
    AUZA, an individual; MARTIN AUZA SHEEP )
16  COMPANY; and DOES 1-10               )Date: June 30, 2008
                                         )Time: 10:30 a.m.
17               Defendants.             )Ctrm: 13
    _____  )Judge: Hon. Marilyn L. Huff
18

19       I, the undersigned, declare as follows:

20       1.    I am the attorney of record in this action for Plaintiff Leland Wiley ("Plaintiff") and

21  have personal knowledge of each of the facts set forth in this Declaration, and can testify

22  competently thereto, except as to the matters stated on information and belief, and as to such

23  matters I believe them to be true.

24       2.    This declaration is being submitted in support of Plaintiff's motion for an order

25  allowing publication of summons as to defendant Juan Echeverria, pursuant to the provisions of

26  C.C.P. § 415.50.

27       3.    Plaintiff's complaint in this action was filed on March 28, 2008 and contains a cause

28  of action against defendant Echeverria for negligence causing personal injury and property damage.

                                        -1-
       **Declaration of Raul Cadena in Support of Request for an Order Allowing Publication of Summons**

1    4. Upon information and belief, the following attempts to deliver copies of said

2 summons and complaint to defendant personally at his last known place of business located at 4451

3 Dietrich Rd., Brawley, CA 92227, were unsuccessful:

| | | |
|---|---|---|
| 4  4/14/08 | 9:30 a.m. | Attempted service at business address; closed |
| 5  4/16/08 | 12:15 p.m. | Attempted service at business address; closed |
| 6  4/18/08 | 4:15 p.m. | Attempted service at business address; closed |
| 7  4/20/08 | 5:00 p.m. | Attempted service at business address; closed |
| 8  4/22/08 | 12:25 p.m. | Per Martin Auza, defendant no longer with company, has moved back to Peru. |

9

10    5. Upon information and belief, the above attempts at service were made by Irene R.

11 Flores of Knox Attorney Service, Inc., located at 2250 Fourth Avenue, San Diego, California,

12 92101. Attached as **Exhibit "1"** is a true and correct copy of the proof of service.

13    6. Upon information and belief, an attempt at substitute service, pursuant to the

14 provisions of CCP § 415.20, would be futile.

15    7. Our office has been unable to locate said defendant, within or outside the State of

16 California, despite reasonable efforts and diligence. Our office has searched online databases for

17 a Peru listing for said defendant but has been unable to obtain any contact information

18    8. To the best of my knowledge, no person, firm, or entity other than as mentioned

19 above knows, or is likely to know, the whereabouts of said defendant, and I know of no other

20 source from which the defendant's whereabouts may be ascertained.

21    I declare under penalty of perjury under the laws of the United States of America that the

22 foregoing is true and correct. Executed this 2nd day of June, 2008 at San Diego, California.

23

24

                           RAUL CADENA

25

26

27

28

-2-

**Declaration of Raul Cadena in Support of Request for an Order Allowing Publication of Summons**

# EXHIBIT "1"

RAUL CADENA, ESQ. (SBN 185787)
CADENA CHURCHILL, LLP
1202 KETTNER BOULEVARD, SUITE 4100
SAN DIEGO  CA  92101
619-234-3776                    Ref. No.     : 0279444-01
                                Atty. File No.  : WILEY

SUPERIOR COURT OF CA., COUNTY OF IMPERIAL
IMPERIAL  JUDICIAL DISTRICT

PLAINTIFF       : LELAND WILEY                  Case No.: ECU04298
DEFENDANT       : JUAN ECHEVERRIA, et al.       **NOT FOUND RETURN**

Hearing date :  September  24, 2008      Time :08:30 AM      Dept./Div. :   7

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action.

I received the within process on  01/14/08:
    SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF CASE
    MANAGEMENT CONFERENCE; PEREMPTORY CHALLENGE PURSUANT TO C.C.P.
    170.6; DECLARATION OF MAILING

After due and diligent effort I have been unable to effect personal service on the within named

    JUAN ECHEVERRIA, an individual

at

4451 DIETRICH RD., BRAWLEY  CA  92227

Dates and times of attempts are as follows:

    04/14/08 09:30A   Attempted service at business address; closed
    04/16/08 12:15P   Attempted service at business address; closed
    04/18/08 04:15P   Attempted service at business address; closed
    04/20/08 05:00P   Attempted service at business address; closed
    04/22/08 10:30A   Attempted service at business address; closed
    04/22/08 12:25P   Per Martin Auaz, Juan no longer with company; he moved
                      back to Peru.

Person serving:
    IRENE R. FLORES                      Fee for service: $85.50
    KNOX ATTORNEY SERVICE, INC.          Registered California Process server
    2250 Fourth Avenue                      Registration No.:  152
    San Diego,  California  92101           County: San Diego
    619-233-9700

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 23, 2008

                                Signature: _____
                                           IRENE R. FLORES

Case 3:08-cv-00909-H-NLS   Document 5-4   Filed 06/02/2008   Page 1 of 4

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA | | ) | FOR COURT USE ONLY |
|---|---|---|---|

| | | | |
|---|---|---|---|
| TITLE OF CASE (Abbreviated) | | ) | |
| WILEY v. ECHEVERRIA, et al. | | ) | |
| | | ) | |
| ATTORNEY(S) NAME AND ADDRESS: | TELEPHONE: | ) | |
| Raul Cadena, Esq. | 619.546.0888 | ) | |
| CADENA CHURCHILL | | ) | |
| 1202 Kettner Blvd., Suite 4100 | | ) | |
| San Diego, CA 92101 | | ) | |

| ATTORNEY(S) FOR: | ) HEARING DATE/TIME/CTRM. | ) CASE NUMBER |
|---|---|---|
| Plaintiff | ) 06/30/08, 10:30 a.m., Ctrm. 13 | ) 08cv909 H (NLS) |
| | ) | ) |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action; my business address is CADENA CHURCHILL, LLP 1202 Kettner Blvd., Suite 4100, San Diego, CA 92101. On June 2, 2008, I served the following document(s) described as:

1) **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER ALLOWING PUBLICATION OF SUMMONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND**

2) **DECLARATION OF RAUL CADENA IN SUPPORT OF PLAINTIFF'S REQUEST FOR AN ORDER ALLOWING PUBLICATION OF SUMMONS**

[x]   I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following participant(s):

Gregory H. Halliday, Esq.                             Attorneys for DEFENDANTS
Andrew C. Harris, SBN 208706                  Martin Auza and Martin Auza Sheep Company
Deanna M. Spelber, SBN 217361               Telephone: 949.852.8200
**SEDGWICK, DETERT, MORAN**              Facsimile: 949.852.8282
**& ARNOLD LLP**
3 Park Plaza, 17th Floor
Irvine, California 92614-8540

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ]   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY FACSIMILE:**   I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court. Rule 2003 and no error was reported by machine.

Case 3:08-cv-00909-H-NLS     Document 5-4     Filed 06/02/2008     Page 2 of 4

[X]  **BY OVERNIGHT COURIER:** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office a member of the bar of this court at whose direction the service was made.

Executed on June 2, 2008, at San Diego, California.

DENISE MENDOZA

RAUL CADENA*
KRISTEN L. CHURCHILL

GORDON S. CHURCHILL,
OF COUNSEL

*Also admitted in Texas

# CADENA CHURCHILL, LLP

ATTORNEYS AT LAW
1202 KETTNER BLVD., SUITE 4100
SAN DIEGO, CA 92101

TEL: 619.546.0888
FAX: 619.923.3208

# Fax

| | |
|---|---|
| **Name:** | Gregory Halliday, Esq. |
| **Organization:** | **Sedgwick, Detert, Moran & Arnold, LLP** |
| **Fax:** | 949.852.8282 |
| **From:** | Denise Mendoza, Secretary to Raul Cadena, Esq. |
| **Date:** | June 2, 2008 |
| **Subject:** | Wiley v. Echeverria, et al. |
| **Pages:** | __10__, including cover |

THE ACCOMPANYING DOCUMENT IS INTENDED SOLELY FOR THE USE OF THE PARTY SPECIFIED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE BY APPLICABLE LAW.

IF THE READER OF THIS MESSAGE IS NOT THE ABOVE-SPECIFIED RECIPIENT (OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT), DISSEMINATION, DISTRIBUTION OR COPYING OF THE ACCOMPANYING DOCUMENT IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE ABOVE-IDENTIFIED SENDER BY TELEPHONE. THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 06/02/2008 16:39
                                        NAME : CADENA CHURCHILL LLP
                                        FAX  : 6192343641
                                        TEL  :
```

```
        DATE,TIME              06/02  16:37
        FAX NO./NAME           19498528282549#
        DURATION               00:02:39
        PAGE(S)                10
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA | ) | FOR COURT USE ONLY |
|---|---|---|

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA**    )    FOR COURT USE ONLY

TITLE OF CASE (Abbreviated)
WILEY v. ECHEVERRIA, et al.

ATTORNEY(S) NAME AND ADDRESS:      TELEPHONE:
    Raul Cadena, Esq.                 619.546.0888
    CADENA CHURCHILL
    1202 Kettner Blvd., Suite 4100
    San Diego, CA 92101

| ATTORNEY(S) FOR: | ) HEARING DATE/TIME/CTRM. | ) CASE NUMBER |
|---|---|---|
| Plaintiff | ) | ) 08cv909 H (NLS) |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action; my business address is CADENA CHURCHILL, LLP 1202 Kettner Blvd., Suite 4100, San Diego, CA 92101. On June 6, 2008, I served the following document(s) described as:

1)    **Memorandum of Points and Authorities in Support of Joint Ex-Parte Request to Continue Early Neutral Evaluation Conference; and**

2)    **Declaration of Raul Cadena in Support of Request to Continue Early Neutral Evaluation Conference**

[x]    I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following participant(s):

Gregory H. Halliday, Esq.            Attorneys for DEFENDANTS
Andrew C. Harris, Esq.              Martin Auza and Martin Auza Sheep Company
Deanna M. Spelber, Esq.            Telephone: 949.852.8200
**SEDGWICK, DETERT, MORAN**     Facsimile: 949.852.8282
**& ARNOLD LLP**
3 Park Plaza, 17th Floor
Irvine, California 92614-8540

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]    **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **BY FACSIMILE:**    I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court. Rule 2003 and no error was reported by machine.

[ ]    **BY OVERNIGHT COURIER:** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office a member of the bar of this court at whose direction the service was made.

Executed on June 6, 2008, at San Diego, California.

DENISE MENDOZA