**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELAND WILEY,<br><br>　　　　　Plaintiff,<br>v.<br><br>JUAN ECHEVERRIA, MARTIN AUZA,<br>MARTIN AUZA SHEEP COMPANY,<br><br>　　　　　Defendants. | Civil No.08cv909 H (NLS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EX PARTE APPLICATION TO CONTINUE THE EARLY NEUTRAL EVALUATION, VACATING THE EARLY NEUTRAL EVALUATION, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE**<br><br>[Doc. No. 6] |

　　　Plaintiff seeks to continue the Early Neutral Evaluation (ENE) currently set for June 24, 2008 for approximately three months while they serve one of the defendants and participate in a private mediation. The Court **GRANTS in part** and **DENIES in part** the application to continue the ENE. For good cause shown, the Court **VACATES** the June 24, 2008 ENE. Because, however, the Local Rules require the Court to hold the ENE within 45 days of the filing of the answer, the Court will not reschedule the ENE.

　　　Instead, the Court sets the following Rule 26 deadlines. For good cause shown, the Court **ORDERS**:

　　　1.　　Counsel are ordered to appear **telephonically** on *August 8, 2008 at 10:00 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference. When counsel participate in

the Case Management Conference, they may advise the Court if they wish to participate in an early Voluntary Settlement Conference before the Court.

2. The Rule 26(f) conference shall be completed on or before ***July 18, 2008***.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before ***July 28, 2008***. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***August 1, 2008***.

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED: June 10, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge