**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELAND WILEY, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>JUAN ECHEVERRIA, an individual;<br>MARTIN AUZA, an individual,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08-CV-909 H (NLS)<br><br>**ORDER SUBMITTING PLAINTIFF'S MOTION FOR ORDER ALLOWING PUBLICATION OF SUMMONS** |

On June 2, 2008, Plaintiff filed a motion for an order directing service of summons on defendant Juan Echeverria by publication in a newspaper of general circulation pursuant to California Code of Civil Procedure Section 415.50. (Doc. No. 5.) The Court concludes that Plaintiff's motion is appropriate for resolution without oral argument and therefore vacates the hearing scheduled for June 30, 2008 pursuant to the Court's discretion under Local Civil Rule 7.1(d)(1).

IT IS SO ORDERED.

DATED: June 18, 2008

　　　　　　　　　　　　　　　　　　　*Marilyn L. Huff*
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.