1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND WILEY,<br><br>                                 Plaintiff,<br><br>   vs.<br><br>JUAN ECHEVERRIA, MARTIN AUZA, MARTIN AUZA SHEEP CO., and DOES 1-10<br><br>                              Defendants. | CASE NO. 08-CV-0909-H (NLS)<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEF ON MOTION FOR SERVICE BY PUBLICATION |

      On June 2, 2008, Plaintiff moved the Court for an order permitting service by publication of defendant Juan Echeverria ("Echeverria").  (Doc. No. 5.)  Plaintiff believes Echeverria to be in Peru, but Plaintiff has not determined an exact address.  No opposition has been filed, and the Court submitted the motion on the papers.  (See Doc. No. 8.)

      The Court has conducted an initial review of the motion and concluded that additional briefing is needed.  In particular, Plaintiff's motion does not discuss the provisions of Rule 4(f) or the implications of any internationally agreed means of service, such as the Inter-American Convention on Letters Rogatory.  See Fed. R. Civ. P. 4(f) (regarding service of an individual in a foreign country).  Echeverria's citizenship is also unclear.

/ / /

1    Plaintiff shall file a supplemental brief addressing the Court's concerns on or

2  before **July 25, 2008**.  The body of the brief shall not exceed 10 pages, subject to

3  extension for good cause shown.

4    IT IS SO ORDERED.

5  DATED:  July 10, 2008

6

7                                                MARILYN L. HUFF, District Judge
                                                  UNITED STATES DISTRICT COURT
8  COPIES TO:
   All parties of record

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28