SEDGWICK, DETERT, MORAN & ARNOLD LLP
Gregory H. Halliday, SBN 83554
Andrew C. Harris, SBN 208706
Deanna M. Spelber, SBN 217361
3 Park Plaza, 17th Floor
Irvine, California 92614-8540
Telephone: (949) 852-8200
Facsimile: (949) 852-8282
email: andrew.harris@sdma.com

Attorneys for Defendants, MARTIN AUZA SHEEP COMPANY, and MARTIN AUZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT, SAN DIEGO, CALIFORNIA

| | |
|---|---|
| LELAND WILEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUAN ECHEVERRIA, MARTIN AUZA, MARTIN AUZA SHEEP COMPANY,<br><br>　　　　Defendants. | CASE NO. **08 CV 0909 H NLS**<br><br>JUDGE:　　　Nita L. Stormes<br>COURTROOM:　F<br><br>**JOINT MOTION TO POSTPONE COURT'S REQUIREMENT FOR EARLY MEETING OF COUNSEL, FILING OF JOINT DISCOVERY PLAN, EXCHANGE OF INITIAL DISCLOSURES, AND TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 28, 2008 |

　　　　WHEREAS, this is a personal injury negligence action filed by Plaintiff Leland Wiley ("Plaintiff") in California Superior Court against Defendants Juan Echeverria, Martin Auza, and Martin Auza Sheep Company on March 28, 2008.

　　　　WHEREAS, Defendants Martin Auza and Martin Auza Sheep Company removed this action to Federal Court on May 22, 2008.

　　　　WHEREAS, the Court set an Early Neutral Evaluation for June 24, 2008.

///

///

-1-
JOINT MOTION

OC/389643v1

WILEY V. ECHEVARRIA
CASE NO. 0CV909 H (NLS)

1  WHEREAS, the parties agreed to engage in early private mediation and stipulated to
2  continuing the Early Neutral Evaluation. Plaintiff filed an ex parte application to continue the
3  Early Neutral Evaluation with the Court according,

4  WHEREAS, On June 10, 2008, the Court vacated the Early Neutral Evaluation, but
5  ordered: (1) a telephonic case management conference for August 8, 2008 at 10:00 a.m.; (2) the
6  parties to complete the Rule 26(f) conference on or before July 18, 2008, (3) the parties to submit
7  a Joint Discovery Plan on or before July 28, 2008; and (4) exchange of initial disclosures
8  pursuant to Rule 26(a)(1)(A-D) to occur on or before August 1, 2008.

9  WHEREAS, the parties are scheduled to engage in early private mediation on August 11,
10  2008 before Barry Plotkin, Esq. in San Diego, California.

11  IT IS HEREBY STIPULATED BY AND BETWEEN counsel of record for all parties
12  that have appeared in the captioned matter that all parties will agree, should it please the Court,
13  to allow for a postponement of approximately 30 days of the parties' early meeting, filing of a
14  joint discovery plan and initial disclosures pursuant to Federal Rule of Civil Procedure 26(f), as
15  well as the postponement of the telephone case management conference currently set for August
16  8, 2008, at 10:00 a.m. This postponement will allow Plaintiff the ability to engage in
17  meaningful good faith mediation.

18  IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1  IT IS FURTHER STIPULATED that a faxed signature shall be considered the same as an
2  original signature for purposes of this Stipulation.
3
4  DATED: July ___, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP
5
6
7                                  By: _____
                                       Gregory H. Halliday
8                                      Deanna M. Spelber
                                       Attorneys for Defendants, MARTIN AUZA and
9                                      MARTIN AUZA SHEEP COMPANY
10
    DATED: July 11, 2008           CADENA CHURCHILL LLP
11
12
13
                                   By: _____
14                                     Raul Cadena
                                       Attorneys for Plaintiff, LELAND WILEY
15

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA | ) FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated)<br>WILEY v. ECHEVERRIA, et al. | ) |
| ATTORNEY(S) NAME AND ADDRESS:     TELEPHONE:<br>Raul Cadena, Esq.                                  619.546.0888<br>CADENA CHURCHILL<br>1202 Kettner Blvd., Suite 4100<br>San Diego, CA 92101 | ) |
| ATTORNEY(S) FOR:                    ) HEARING DATE/TIME/CTRM.<br>Plaintiff                                 ) | ) CASE NUMBER<br>) 08cv909 H (NLS) |

### DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action; my business address is CADENA CHURCHILL, LLP 1202 Kettner Blvd., Suite 4100, San Diego, CA 92101. On July 11, 2008, I served the following document(s) described as:

1)   **Joint Motion to Postpone Court's Requirement for Early Meeting of Counsel, Filing of Joint Discovery Plan, Exchange of Initial Disclosures & Telephonic CMC**

[x]   I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following participant(s):

Gregory H. Halliday, Esq.                         Attorneys for DEFENDANTS
Andrew C. Harris, Esq.                            Martin Auza and Martin Auza Sheep Company
Deanna M. Spelber, Esq.                           Telephone: 949.852.8200
**SEDGWICK, DETERT, MORAN**                       Facsimile: 949.852.8282
**& ARNOLD LLP**
3 Park Plaza, 17th Floor
Irvine, California 92614-8540

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE:**   I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court. Rule 2003 and no error was reported by machine.

[ ]   **BY OVERNIGHT COURIER:** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office a member of the bar of this court at whose direction the service was made.

Executed on July 11, 2008, at San Diego, California.

_____
DENISE MENDOZA