1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LELAND WILEY, | ) Civil No.08cv909 H (NLS) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING JOINT MOTION** |
| | ) **TO CONTINUE COURT'S** |
| | ) **REQUIREMENTS UNDER RULE 26** |
| JUAN ECHEVERRIA, MARTIN AUZA, | ) **ORDER AND RESETTING** |
| MARTIN AUZA SHEEP COMPANY, | ) **TELEPHONIC CASE MANAGEMENT** |
| | ) **CONFERENCE** |
| Defendants. | ) |
| | ) [Doc. No. 10] |

16    For good cause shown in the parties' joint motion filed by all parties who have appeared in this

17  matter, the Court **ORDERS**:

18    1.    The telephonic Case Management Conference previously set for August 8, 2008 at 10:00

19  a.m. is **VACATED** and **RESET** for *September 5, 2008 at 10:00 a.m.*;

20    2.    The prior deadline of July 18, 2008, for the parties to complete the Rule 26(f) conference

21  is continued and shall now occur on or before *August 15, 2008*;

22    3.    The prior deadline of July 28, 2008 for the parties to submit a Joint Discovery Plan is

23  continued and shall now occur on or before *August 25, 2008*; and,

24    4.    The prior deadline of August 1, 2008 for initial disclosures pursuant to Rule

25  26(a)(1)(A-D) is continued and shall now occur on or before *August 29, 2008*.

26    **IT IS SO ORDERED.**

27  DATED: July 14, 2008

28
Hon. Nita L. Stormes
U.S. Magistrate Judge

1                                                                    08cv909 H (NLS)