1  Raul Cadena (SBN 185787)
   **CADENA CHURCHILL, LLP**
2  1202 Kettner Blvd., Suite 4100
   San Diego, California 92101
3  Telephone: 619.546.0888
   Facsimile:  619.923.3208
4

5  Attorney for Plaintiff

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | LELAND WILEY, an individual | ) CASE NO. 08cv909 H (NLS) |
12 |        Plaintiff,           | ) |
13 | v.                          | ) **PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR AN ORDER ALLOWING PUBLICATION OF SUMMONS** |
14 |                             | ) |
15 | JUAN ECHEVERRIA an individual, MARTIN AUZA, an individual, MARTIN AUZA SHEEP COMPANY, and DOES 1-10 | ) |
16 |                             | ) |
17 |        Defendants.          | ) Ctrm: 13 <br> ) Judge: Hon. Marilyn L. Huff |

18

19         Pursuant to the Court's Order of July 10, 2008, Plaintiff hereby submits this Supplemental

20 Brief in Support of Motion for Order Allowing Publication of Summons.

21 **I.     PUBLICATION OF SUMMONS IN IMPERIAL COUNTY IS WARRANTED**

22         As previously stated in the motion papers, Plaintiff has been unable to serve Defendant

23 Juan Echeverria ("Defendant"). At the time of the accident, Defendant had a valid California

24 driver's license, which listed his address as 4451 Dietrich Rd., Brawley, California, 92227, and

25 which is also the address of his employer and co-defendant Martin Auza. See Declaration of Raul

26 Cadena in Support of Supplemental Brief. The address is in Imperial County.

27 ///

28 ///

---

-1-

**Supplemental Brief in Support of Motion For An Order For Publication of Summons**

1   When Plaintiff attempted to serve Mr. Echeverria at the Brawley address, on information
2   and belief, the process server was told by Mr. Echeverria's employer at the time of the accident
3   (co-defendant Martin Auza) that Mr. Echeverria had returned to Peru.  However, co-defendant did
4   not state that Mr. Echeverria was a citizen or resident of Peru.  Further, co-defendant did not state
5   that Mr. Echeverria had permanently moved to Peru.  Nor did co-defendant offer to give a
6   forwarding address.

7   Rule 4(f) of the Federal Rules of Civil Procedure provides that an individual residing in a
8   foreign country may be served by any internationally agreed means which is reasonably calculated
9   to give notice.  Rule 4(f) makes reference to the Hague Convention on the Service Abroad of
10  Judicial and Extrajudicial Documents ("Hague Convention.")  However, Peru is not a signatory
11  to the Hague Convention.  Moreover, under California law, service by publication <u>does not</u>
12  require transmission of documents abroad, and consequently is not subject to the Hague
13  Convention.  See Cal. Code Civ. Proc. § 415.50.  In fact, Article 1 of the Hague Convention
14  explicitly states that it does not apply where the address of the person to be served with the
15  document is unknown.  <u>Kott v. Sup. Ct. (Beachport Entertainment Corp.)</u> (1996) 45 Cal.App.4th
16  1126, 1136.

17  Both the United States and Peru are signatories to and have ratified the Inter-American
18  Convention on Letters Rogatory ("IACLR") as well as the Additional Protocol.  The IACLR
19  provides for methods of service similar to those provided in the Hague Convention.  However,
20  unlike the Hague Convention, it does not expressly or impliedly prohibit other methods of service.
21  <u>Kreimerman v. Casa Veerkamp, S.A.</u> (5th Cir. 1994) 22 F.3d 634, 639.  In <u>Kreimerman</u>, where the
22  plaintiff had attempted service under the Texas Long-Arm Statute, the Fifth Circuit discussed the
23  fact that the only federal court to have addressed the issue of alternative methods of service under
24  the IACLR concluded that it was not the exclusive means of serving process on defendants residing
25  in a signatory state.  <u>Id.</u> at 640 (citing <u>Pizzabiocche v. Vinelli</u>, 772 F.Supp. 1245, 1249 (M.D. Fla.
26  1991)).  The <u>Kreimerman</u> court then concluded that the IACLR "merely provides a mechanism for
27  transmitting and delivering letters rogatory when and if parties elect to use that mechanism."  <u>Id.</u>
28  at 642. This holding clearly implies that nothing contained within the IACLR prohibits service by

publication.

Furthermore, by the wording of the IACLR, it is apparent that, as pertains to service of process, submission of letters rotatory is only contemplated **where the foreign defendant's address is known**. For instance, Article 8 reads as follows: "Letters rogatory shall be accompanied by the following documents to be delivered to the person on whom process, summons or subpoena is being served." No such documents can be served on a person whose address has not been ascertained. It is also clear that no Peruvian court would have jurisdiction where an individual is neither a citizen nor a resident and the events giving rise to the action occurred entirely within the United States. However, to the extent this Court believes it appropriate to pursue service in Peru, nothing in the IACLR prohibits service by publication.

Plaintiff has been unable to obtain any credible information to dispute that Mr. Echeverria is anything other than a citizen of the United States.[1] The only source of information at this point regarding Mr. Echeverria's current whereabouts is his co-defendant, whose self-interest in this matter compromises his credibility. The only thing of which Plaintiff is certain is that at the time of the accident Juan Echeverria did not deny that he was residing in Brawley, California, was employed in Brawley, California, and had a valid California driver's license. It follows that the most reasonable means of notifying Mr. Echeverria of the pendency of this action is through publication of summons in Imperial County, California.

**II.    CONCLUSION**

In light of the foregoing, good cause exists for an order for publication of summons in Brawley, California as to Juan Echeverria and Plaintiff respectfully requests this Court issue such an order.

DATED: July 23, 2008                          **CADENA CHURCHILL, LLP**


                                              By: s:/Raul Cadena, Esq.
                                              Raul Cadena Esq.
                                              Attorney for Plaintiff

---

[1] Formal discovery has not yet been authorized in this matter.

-3-

**Supplemental Brief in Support of Motion For An Order For Publication of Summons**

1 | Raul Cadena (SBN 185787)
**CADENA CHURCHILL, LLP**
2 | 1202 Kettner Blvd., Suite 4100
San Diego, California 92101
3 | Telephone: 619.546.0888
Facsimile: 619.923.3208
4 |
5 | Attorney for Plaintiff
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND WILEY, an individual | ) CASE NO. 08cv909 H (NLS) |
| Plaintiff, | ) |
| | ) DECLARATION OF RAUL CADENA IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR AN ORDER ALLOWING PUBLICATION OF SUMMONS |
| v. | |
| JUAN ECHEVERRIA an individual, MARTIN AUZA, an individual, MARTIN AUZA SHEEP COMPANY, and DOES 1-10 | |
| Defendants. | ) Ctrm: 13
) Judge: Hon. Marilyn L. Huff |

I, Raul Cadena, declare as follows:

1. I am the attorney of record for Plaintiff Leland Wiley. I have personal knowledge of the following facts and, if called as a witness, could testify competently thereto.

2. Attached to my declaration as **Exhibit "1"** is a true and correct copy of the traffic collision report which provides that Defendant Juan Echeverria's address is 4451 Dietrich Rd., Brawley, CA 92227.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 25 day of July, 2008.

RAUL CADENA

-1-
**Declaration of Raul Cadena in Support of Plaintiff's Supplemental Brief in Support of Motion for an Order Allowing Publication of Summons**

# EXHIBIT "1"

# STATE OF CALIFORNIA
## TRAFFIC COLLISION REPORT
CHP 555 CARS Page 1 (Rev 1-03) OPI 061

Page 1 of 11

| SPECIAL CONDITIONS | NUMBER INJURED | HIT & RUN FELONY | CITY | JUDICIAL DISTRICT | LOCAL REPORT NUMBER |
|---|---|---|---|---|---|
| | 5 | | UNINCORPORATED | BRAWLEY | 07 01 73 |
| | NUMBER KILLED | HIT & RUN MISDEMEANOR | COUNTY | REPORTING DISTRICT | BEAT |
| | 0 | | IMPERIAL | | 20 |

### LOCATION
- COLLISION OCCURRED ON: SR-115
- MILEPOST INFORMATION:
- [X] AT INTERSECTION WITH: SHANK ROAD
- MO/DAY/YEAR: 1/30/2007
- TIME (2400): 1415
- NCIC #: 9625
- OFFICER I.D.: 016489
- DAY OF WEEK: TUESDAY
- TOW AWAY: [X] YES
- PHOTOGRAPHS BY: OFC SALCEDO #16489
- STATE HWY REL: [X] YES

### PARTY 1 — DRIVER [X] — JUAN ECHEVERRIA
- DRIVER'S LICENSE NUMBER: D7679845 — STATE: CA — CLASS: C — AIR BAG: M — SAFETY EQUIP: H
- VEH. YEAR: 1996 — MAKE/MODEL/COLOR: FORD F150 PIC GRN — LICENSE NUMBER: 7B01114 — STATE: CA
- STREET ADDRESS: 4451 DIETRICH RD.
- CITY/STATE/ZIP: BRAWLEY, CA 92227
- SEX: M — HAIR: BLK — EYES: BRN — HEIGHT: 5-5 — WEIGHT: 155 — BIRTHDATE: 7/20/1973 — RACE: H
- HOME PHONE: (760)351-1170 — BUSINESS PHONE: (760)351-1170
- OWNER'S NAME: MARTIN AUZA
- OWNER'S ADDRESS: [X] SAME AS DRIVER
- DISPOSITION OF VEHICLE ON ORDERS OF: [X] OTHER — REGISTERED OWNER'S REQUEST
- PRIOR MECH. DEFECTS: [X] NONE APP.
- INSURANCE CARRIER: FARM BUREAU MUTUAL — POLICY NUMBER: 7583400
- DIR OF TRAVEL: E — ON STREET OR HIGHWAY: SHANK ROAD — SPEED LIMIT: 55
- VEHICLE TYPE: 22 — DAMAGE: [X] ROLL-OVER

### PARTY 2 — DRIVER [X] — LELAND WILEY
- DRIVER'S LICENSE NUMBER: WILEYLW777PH — STATE: WA — CLASS: F — AIR BAG: L — SAFETY EQUIP: G
- VEH. YEAR: 2003 — MAKE/MODEL/COLOR: FORD FOCUS SIL — LICENSE NUMBER: 351SUB — STATE: WA
- STREET ADDRESS: 45 CARD ROAD
- CITY/STATE/ZIP: WHITE SALMON, WA 98672
- SEX: M — HAIR: WHT — EYES: BLU — HEIGHT: 5-8 — WEIGHT: 130 — BIRTHDATE: 10/8/1923 — RACE: W
- HOME PHONE: (760)354-1163 — BUSINESS PHONE: NONE
- OWNER'S NAME: [X] SAME AS DRIVER
- OWNER'S ADDRESS: [X] SAME AS DRIVER
- DISPOSITION OF VEHICLE ON ORDERS OF: [X] OFFICER — ALWAYS TOW - (760)351-1354
- PRIOR MECHANICAL DEFECTS: [X] NONE APP.
- INSURANCE CARRIER: NONE
- DIR OF TRAVEL: N — ON STREET OR HIGHWAY: SR-115 — SPEED LIMIT: 65
- VEHICLE TYPE: 01 — DAMAGE: [X] MAJOR

### PARTY 3
(blank)

PREPARER'S NAME: D. ALVAREZ 016489
DISPATCH NOTIFIED: [X] N/A
REVIEWER'S NAME: RM BIRD 9641
DATE REVIEWED: 2-13-07

STATE OF CALIFORNIA
# TRAFFIC COLLISION CODING
CHP 555 CARS Page2 (Rev. 1-03) OPI 061

Page 2 of 14

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 1/30/2007 | 1415 | 9625 | 016489 | 07 01 73 |

| PROPERTY DAMAGE | OWNER: CALTRANS | OWNER ADDRESS: 200 S. PALM AVE. BRAWLEY, CA 92227 | NOTIFIED: [X] YES [ ] NO |
|---|---|---|---|
| | DESCRIPTION OF DAMAGE: STOP SIGN POST BROKEN. | | |

## SEATING POSITION

```
  ▲
┌─────┐
│ 1 2 3│
│ 4 5 6│
│  7  │
└─────┘
```

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STA. WGN REAR
8 - RR. OCC TRK. OR VAN
9 - POSITION UNKNOWN
0 - OTHER

### OCCUPANTS
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED

### SAFETY EQUIPMENT
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

### CHILD RESTRAINT
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

### M/C BICYCLE - HELMET
DRIVER / PASSENGER
V - NO / X - NO
W - YES / Y - YES

### EJECTED FROM VEHICLE
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

### INATTENTION CODES
A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONNEL HYGIENE
J - READING
K - OTHER

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

| PRIMARY COLLISION FACTOR LIST NUMBER (#) OF PARTY AT FAULT | | TRAFFIC CONTROL DEVICES | 1 | 2 | 3 | SPECIAL INFORMATION | 1 | 2 | 3 | MOVEMENT PRECEDING COLLISION | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A VC SECTION VIOLATED: CITED [ ] YES [X] NO  22450(A) | X A CONTROLS FUNCTIONING | | | | A HAZARDOUS MATERIAL | | | | A STOPPED | |
| | B OTHER IMPROPER DRIVING* | B CONTROLS NOT FUNCTIONING* | | | | B CELL PHONE HANDHELD IN USE | X | X | | B PROCEEDING STRAIGHT | |
| | | C CONTROLS OBSCURED | | | | C CELL PHONE HANDSFREE IN USE | | | | C RAN OFF ROAD | |
| | C OTHER THAN DRIVER* | D NO CONTROLS PRESENT / FACTOR* | X | X | | D CELL PHONE NOT IN USE | | | | D MAKING RIGHT TURN | |
| | D UNKNOWN* | TYPE OF COLLISION | | | | E SCHOOL BUS RELATED | | | | E MAKING LEFT TURN | |
| | | A HEAD - ON | | | | F 75 FT MOTORTRUCK COMBO | | | | F MAKING U TURN | |
| | | B SIDE SWIPE | | | | G 32 FT TRAILER COMBO | | | | G BACKING | |
| | | C REAR END | | | | H | | | | H SLOWING / STOPPING | |
| WEATHER (MARK 1 TO 2 ITEMS) | | X D BROADSIDE | | | | I | | | | I PASSING OTHER VEHICLE | |
| X | A CLEAR | E HIT OBJECT | | | | J | | | | J CHANGING LANES | |
| | B CLOUDY | F OVERTURNED | | | | K | | | | K PARKING MANEUVER | |
| | C RAINING | G VEHICLE / PEDESTRIAN | | | | L | | | | L ENTERING TRAFFIC | |
| | D SNOWING | H OTHER*: | | | | M | | | | M OTHER UNSAFE TURNING | |
| | E FOG / VISIBILITY ___ FT. | | | | | N | | | | N XING INTO OPPOSING LANE | |
| | F OTHER:* | MOTOR VEHICLE INVOLVED WITH | | | | O | | | | O PARKED | |
| | G WIND | A NON - COLLISION | | | | P | | | | P MERGING | |
| LIGHTING | | B PEDESTRIAN | | | | Q | | | | Q TRAVELING WRONG WAY | |
| X | A DAYLIGHT | X C OTHER MOTOR VEHICLE | | | | OTHER ASSOCIATED FACTORS (MARK 1 TO 2 ITEMS) | 1 | 2 | 3 | R OTHER*: | |
| | B DUSK - DAWN | D MOTOR VEHICLE ON OTHER ROADWAY | | | | A VC SECTION VIOLATED: CITED [ ] YES [ ] NO | | | | | |
| | C DARK - STREET LIGHTS | E PARKED MOTOR VEHICLE | | | | B VC SECTION VIOLATED: CITED [ ] YES [ ] NO | | | | | |
| | D DARK - NO STREET LIGHTS | F TRAIN | | | | | | | | SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS) | |
| | E DARK - STREET LIGHTS NOT FUNCTIONING* | G BICYCLE | | | | C VC SECTION VIOLATED: CITED [ ] YES [ ] NO | 1 | 2 | 3 | | |
| ROADWAY SURFACE | | H ANIMAL: | | | | D | X | X | | A HAD NOT BEEN DRINKING | |
| X | A DRY | I FIXED OBJECT: | | | | E VISION OBSCUREMENT: | | | | B HBD - UNDER INFLUENCE | |
| | B WET | | | | | F INATTENTION*: | | | | C HBD - NOT UNDER INFLUENCE* | |
| | C SNOWY - ICY | J OTHER OBJECT: | | | | G STOP & GO TRAFFIC | | | | D HBD - IMPAIRMENT UNKNOWN* | |
| | D SLIPPERY (MUDDY, OILY, ETC.) | | | | | H ENTERING / LEAVING RAMP | | | | E UNDER DRUG INFLUENCE* | |
| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) | | PEDESTRIAN'S ACTIONS | | | | I PREVIOUS COLLISION | | | | F IMPAIRMENT - PHYSICAL* | |
| | A HOLES, DEEP RUT* | X A NO PEDESTRIANS INVOLVED | | | | J UNFAMILIAR WITH ROAD | | | | G IMPAIRMENT NOT KNOWN | |
| | B LOOSE MATERIAL ON ROADWAY* | B CROSSING IN CROSSWALK AT INTERSECTION | | | | K DEFECTIVE VEH. EQUIP.: CITED [ ] YES [ ] NO | | | | H NOT APPLICABLE | |
| | C OBSTRUCTION ON ROADWAY* | C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | | | | | | I SLEEPY / FATIGUED | |
| | D CONSTRUCTION - REPAIR ZONE | | | | | L UNINVOLVED VEHICLE | | | | | |
| | E REDUCED ROADWAY WIDTH | D CROSSING - NOT IN CROSSWALK | | | | M OTHER*: | | | | | |
| | F FLOODED* | E IN ROAD - INCLUDES SHOULDER | | | | | | | | | |
| | G OTHER*: | F NOT IN ROAD | | X | X | N NONE APPARENT | | | | | |
| X | H NO UNUSUAL CONDITIONS | G APPROACHING / LEAVING SCHOOL BUS | | | | O RUNAWAY VEHICLE | | | | | |

SKETCH   FOR SKETCH DIAGRAM, SEE PAGE 4

○ INDICATE NORTH

MISCELLANEOUS

STATE OF CALIFORNIA
**INJURED / WITNESSES / PASSENGERS**
CHP 555 CARS Page 3 (Rev 1-03) OPI 061

Page 3 of 11

| DATE OF COLLISION (MO. DAY YEAR) | TIME (2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 1/30/2007 | 1415 | 9625 | 016489 | 07 01 73 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY ('X' ONE) ||||  INJURED WAS ('X' ONE) |||||  PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| ☐# | ☐ | 33 | M | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | 1 | 1 | M | H | 1 |

NAME / D.O.B. / ADDRESS: JUAN ECHEVERRIA (07/20/1973) 4451 DIETRICH RD. BRAWLEY CA 92227
TELEPHONE: (760)351-1170
(INJURED ONLY) TRANSPORTED BY: GOLD CROSS AMBULANCE
TAKEN TO: PIONEER'S MEM HOSP, BRAWLEY CA
DESCRIBE INJURIES: COMPLAINT OF PAIN TO CHEST AND A LACERATION TO HIS HEAD.
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐# | ☐ | 83 | M | ☐ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☐ | ☐ | 2 | 1 | L | G | 0 |

NAME / D.O.B. / ADDRESS: LELAND WILEY (10/08/1923) 45 CARD ROAD WHITE SALMON WA 98672
TELEPHONE: (760)354-1163
(INJURED ONLY) TRANSPORTED BY: GOLD CROSS AMBULANCE
TAKEN TO: PIONEER'S MEM HOSP, BRAWLEY CA
DESCRIBE INJURIES: COMPLAINT OF PAIN TO THE NECK.
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐# | ☐ | 23 | M | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | 1 | 2 | M | H | 1 |

NAME / D.O.B. / ADDRESS: RONI TACZA (03/15/1983) 4451 DIETRICH RD. BRAWLEY CA 92227
TELEPHONE: (760)351-1170
(INJURED ONLY) TRANSPORTED BY: GOLD CROSS AMBULANCE
TAKEN TO: PIONEER'S MEM HOSP, BRAWLEY CA
DESCRIBE INJURIES: COMPLAINT OF PAIN TO HEAD.
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐# | ☐ | 25 | M | ☐ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | 1 | 3 | M | H | 1 |

NAME / D.O.B. / ADDRESS: NILO MITHA (02/20/1981) 4451 DIETRICH RD. BRAWLEY CA 92227
TELEPHONE: (760)351-1170
(INJURED ONLY) TRANSPORTED BY: GOLD CROSS AMBULANCE
TAKEN TO: PIONEER'S MEM HOSP, BRAWLEY CA
DESCRIBE INJURIES: COMPLAINT OF PAIN TO HIS CHEST.
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐# | ☐ | 89 | F | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | 2 | 3 | L | G | 0 |

NAME / D.O.B. / ADDRESS: DELORES WILEY (10/29/1917) 45 CARD ROAD WHITE SALMON WA 98672
TELEPHONE: (760)354-1163
(INJURED ONLY) TRANSPORTED BY: GOLD CROSS AMBULANCE
TAKEN TO: PIONEER'S MEM HOSP, BRAWLEY CA
DESCRIBE INJURIES: BROKEN RIGHT ANKLE, BROKEN RIGHT WRIST AND MULTIPLE LACERATIONS TO HER RIGHT SIDE.
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐# | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS:
TELEPHONE:
(INJURED ONLY) TRANSPORTED BY:
TAKEN TO:
DESCRIBE INJURIES:
☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| D. ALVAREZ | 016489 | 1/30/2007 | | |



STATE OF CALIFORNIA
**FACTUAL DIAGRAM**

PAGE 5 OF 11

CHP 555 Page 4(Rev. 8-97) OPI 042

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01-30-2007 | 1415 | 9625 | 16489 | 07 0173 |

ALL MEASUREMENTS ARE APPROXIMATE AND NOT TO SCALE UNLESS STATED (SCALE=      )





| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| Salcedo | 16248 | 01-30-2007 | | |

### NARRATIVE/SUPPLEMENTAL

Page 6

| DATE OF INCIDENT/OCCURRENCE | TIME (2400) | NCIC NUMBER | OFFICER I.D. NUMBER | NUMBER |
|---|---|---|---|---|
| 1-30-2007 | 1415 | 9625 | 16489 | 07 01 73 |

"X" ONE  ☒ Narrative  ☐ Supplemental
"X" ONE  ☒ Collision report  ☐ Other:
TYPE SUPPLEMENTAL  ☐ BA update  ☐ Hazardous materials
("X" APPLICABLE)  ☐ Fatal  ☐ School bus
☐ Hit and run update  ☐ Other:

CITY/COUNTY/JUDICIAL DISTRICT
REPORTING DISTRICT/BEAT
CITATION NUMBER
LOCATION/SUBJECT
STATE HIGHWAY RELATED

## PHYSICAL EVIDENCE LEGEND

**STATION LINE:**

A station line was established along the east roadway edge SR-115. Station 0+00 was established 37 feet south of the south road edge prolongation of Shank Road and at the east road edge of SR-115. All measurements are taken at right angles to the station line. The station line increases to the north.

**VEHICLE POINTS OF REST:**

| V-1 | L/F | 31' | R | Station 0+74 |
|     | L/R | 31' | R | Station 0+84 |
| V-2 | R/F | 37' | R | Station 0+60 |
|     | R/R | 28' | R | Station 0+66 |

**PHYSICAL EVIDENCE DESCRIPTION:**

A and B    Tire Friction Mark
C thru F   Gouges
G          Spilled Fluid

**PHYSICAL EVIDENCE LOCATIONS:**

| Item | Description | Location | | Station |
|---|---|---|---|---|
| A | Tire Friction Mark Begin | 5' | L | 0+12 |
|   | Tire Friction Mark Cont. | 4' | L | 0+47 |
|   | Tire Friction Mark End | 2' | L | 0+52 |
| B | Tire Friction Mark Begin | 1' | L | 0+00 |
|   | Tire Friction Mark Cont. | 1' | L | 0+12 |
|   | Tire Friction Mark Cont. | at |   | 0+47 |
|   | Tire Friction Mark End | 1' | R | 0+49 |
| C | Gouge Mark Begin | 3' | L | 0+48 |
|   | Gouge Mark End | 3' | L | 0+49 |
| D | Gouge Mark Begin | 2' | L | 0+48 |
|   | Gouge Mark End | 2' | L | 0+50 |
| E | Gouge Mark Begin | 2' | L | 0+48 |
|   | Gouge Mark End | At |   | 0+50 |
| F | Gouge Mark Begin | 1' | L | 0+48 |
|   | Gouge Mark End | 1' | R | 0+50 |
| G | Spilled liquid | 15' | R | 0+48 |

| PREPARER'S NAME AND I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|
| Salcedo # 16248 | 1-30-2007 | | |

REV. 1-95   13644

| STATE OF CALIFORNIA | | | | PAGE 7 OF 11 |
|---|---|---|---|---|
| NARRATIVE/SUPPLEMENTAL | | | | |
| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
| 01/30/2007 | 1415 | 9625 | 016489 | 07 01 73 |

1 **FACTS:**

2 **NOTIFICATION:**

3 On 01-30-07, at approximately 1420 hours, I was at the El Centro CHP office when CHP dispatch
4 advised me of a two vehicle collision on SR-115 at Shank Road. I responded and arrived on
5 scene, at approximately 1445 hours. All times, speeds and measurements are approximate and
6 were taken by a roll meter.
7
8 **SCENE:**
9 SR-115, at this location, is a straight, flat, north to south aligned, state maintained, asphalt
10 concrete (a/c) roadway. It is delineated by solid and broken yellow lines and has a/c shoulders on
11 both sides. To the east and west is farmland. On the northeast corner there is a utility pole and a
12 stop sign.
13 Shank Road is a flat, east to west aligned, county maintained, asphalt/concrete roadway. The
14 Magnolia Canal, which is concrete lined, runs east to west on the north side of Shank Road. It
15 has no delineations and there are stop signs prior to entering SR-115 from both directions. For
16 details refer to factual diagram.
17
18 **PARTIES:**
19 Driver-1 (Echeverria) was located at the scene, upon my arrival. D-1 was identified by his valid
20 California driver license. D-1 was identified as the driver of V-1 by his statement, the statement of
21 his passengers and he is employed by the registered owner of V-1.
22
23
24
25
26
27
28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| D. ALVAREZ | 016489 | 01/30/2007 | | |

| STATE OF CALIFORNIA | | | | PAGE 8 OF 11 | |
|---|---|---|---|---|---|
| NARRATIVE/SUPPLEMENTAL | | | | | |
| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER | |
| 01/30/2007 | 1415 | 9625 | 016489 | 07 01 73 | |

1 **PARTIES CON'T:**
2 Vehicle-1 (Ford) was found at its point of rest, on its roof facing in a southerly direction. V-1
3 sustained major damage to its right side and roof. Inspection of the restraint system indicated no
4 defects. No prior mechanical defects were noted. I performed an inspection on the braking
5 system. The brake lines were intact and no visible fluid leaks could be seen around the calipers
6 and rear drums. The master cylinder had the appropriate fluid level and had no visible leaks. The
7 pedal traveled approximately half way to the floor before stopping firmly and maintained its
8 firmness for a constant 60 seconds.
9
10 Driver-2 (Wiley) was located at the scene, upon my arrival. D-2 was identified by his valid
11 Washington driver license. D-2 was identified as the driver of V-2 by his statement, the statement
12 of his passenger and he is the registered owner of V-2.
13
14 Vehicle-2 (Ford) was found at its point of rest, on its wheels facing in a southeasterly direction. V-
15 2 sustained major damage to the front end. Inspection of the restraint system indicated no
16 defects. No prior mechanical defects were claimed or noted.
17
18 **PHYSICAL EVIDENCE:**
19 Gouges in the roadway, tire friction marks and the vehicles at rest. Refer to factual diagram and
20 legend for details.
21
22
23
24
25
26
27
28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| D. ALVAREZ | 016489 | 01/30/2007 | | |

| STATE OF CALIFORNIA | | | | PAGE 9 OF 11 | |
|---|---|---|---|---|---|
| **NARRATIVE/SUPPLEMENTAL** | | | | | |
| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER | |
| 01/30/2007 | 1415 | 9625 | 016489 | 07 01 73 | |

1 **STATEMENTS:**
2 D-1 was contacted at the scene and related, in essence, the following information. He was driving
3 e/b on Shank Road approaching SR-115, at approximately 50 mph. As he neared the
4 intersection, he began to slow down. When he applied the brakes, he felt as if the truck was not
5 stopping fast enough. He tried to brake harder but he could not stop prior to entering the
6 intersection. He turned to the left to try and avoid V-2 but he felt the impact into his vehicle as he
7 was in the intersection. He remembers the impact but he did not remember how he got out of the
8 truck. He was not sure if he was wearing his seatbelt. He remembers crawling out of the canal
9 and lying down on the canal bank. He did not remember seeing any other vehicles in the area
10 prior or during the collision.
11
12 Passenger-1(Tacza) was contacted at the scene and related, in essence, the following
13 information. He was seated in V-1 next to D-1 as D-1 drove. They were traveling e/b on Shank
14 Road approaching SR-115. He could not give a speed estimation, only that he felt they were not
15 traveling very fast. He related nobody in the vehicle had their seatbelts on. As they neared the
16 intersection, he wondered why they had not slowed down very much. He did not see V-2 prior to
17 the collision but as they entered the intersection he saw V-2 as it was colliding into them. Their
18 truck rolled over and he remembers being thrown from the truck and landing in the concrete canal.
19 He got up and helped D-1 and Passenger-2 get out of the canal and onto the canal bank.
20
21 Passenger-2(Mitha) was contacted at the scene and related, in essence, the following information.
22 He was seated in the far right side of V-1 as D-1 drove. They were traveling e/b on Shank Road
23 approaching SR-115, at approximately 45 mph. He saw V-2 approaching but thought D-1 was
24 going to stop. As he got closer to the intersection, he realized they were going too fast and yelled
25 "aguas guey!"(watch out jackass!) He then felt the impact into their vehicle. He was thrown from
26 the vehicle and slid down into the canal. He then got up and climbed out of the canal onto the
27 bank.
28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| D. ALVAREZ | 016489 | 01/30/2007 | | |

STATE OF CALIFORNIA
NARRATIVE/SUPPLEMENTAL
PAGE 10 OF 11

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01/30/2007 | 1415 | 9625 | 016489 | 07 01 73 |

1 **STATEMENTS CON'T**
2 D-2 was contacted at the scene and related in essence the following information. He was driving
3 n/b on SR-115 approaching Shank Road, at approximately 55 mph. He did not see any vehicles
4 in front of him or approaching the intersection from either direction. As he entered the
5 intersection, he observed a green truck pull out right in front of him. He slammed on the brakes
6 but could not stop prior to colliding with V-1. When his vehicle came to rest, he tried to get out but
7 could not open the door.
8
9 Passenger-3(D.Wiley) was contacted at the scene and related in essence the following
10 information. She was seated in the right front seat of V-2 as D-2 drove. They were traveling n/b
11 on SR-115 on their way to Hot Mineral Spa, at approximately 50 mph. She did not know what
12 crossroad they were at. She never saw the V-1 prior to the collision. She felt D-1 slam on the
13 brakes and then saw V-1 as they collided with the side of it. She was trapped in the vehicle and
14 could not get out. She remained in her seat until medical personnel got her out.
15
16 **OPINIONS AND CONCLUSIONS:**
17 **SUMMARY:**
18 D-1 was driving V-1 e/b on Shank Road approaching SR-115, at approximately 55 mph. D-2 was
19 driving V-2 n/b on SR-115 approaching Shank Road, at approximately 55 mph. D-1 applied the
20 brakes but due to close proximity to the intersection, could not stop prior to entering the
21 intersection at the posted stop sign (violation of 22450(A) VC.) He entered the intersection
22 directly into the path of V-2. D-2 applied the brakes but could not stop prior to colliding with the
23 right side of V-1. Both vehicles came to rest on the northeast side of the intersection. V-1 came
24 to rest on its roof and V-2 came to rest on its wheels. The summary was established by the
25 statements provided, damage to both vehicles, and the physical evidence located at the scene.
26
27
28

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| D. ALVAREZ | 016489 | 01/30/2007 | | |

| STATE OF CALIFORNIA | | | | PAGE 11 OF 11 |
| --- | --- | --- | --- | --- |
| **NARRATIVE/SUPPLEMENTAL** | | | | |
| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
| 01/30/2007 | 1415 | 9625 | 016489 | 07 01 73 |

1 **AREA OF IMPACT:**
2 The area of impact where the front of V-2 collided with the right side of V-1 was located 10 feet
3 n/of the south paved edge of Shank Road and 3 feet w/of the east roadway edge of SR-115. The
4 area of impact was determined by the physical evidence, and statements obtained at the scene.
5
6 **CAUSE:**
7 D-1 caused this collision by driving V-1 in violation of 22450(A) VC, which states in part, the driver
8 of any vehicle approaching a stop sign shall stop at the limit line, if marked, otherwise before
9 entering the near side of the intersection. D-1 entered SR-115 directly into the path of V-2,
10 without stopping in a manner, which subsequently, caused this collision. The cause was
11 established by the statements given, damage to both vehicles and the physical evidence located
12 at the scene.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
| --- | --- | --- | --- | --- |
| D. ALVAREZ | 016489 | 01/30/2007 | | |

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CA | ) | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>WILEY v. ECHEVERRIA, et al. | ) ) ) ) | |
| ATTORNEY(S) NAME AND ADDRESS:        TELEPHONE:<br>   Raul Cadena, Esq.                              619.546.0888<br>   CADENA CHURCHILL<br>   1202 Kettner Blvd., Suite 4100<br>   San Diego, CA 92101 | ) ) ) ) ) | |
| ATTORNEY(S) FOR:                   ) HEARING DATE/TIME/CTRM.<br>Plaintiff                                    ) | ) ) | CASE NUMBER<br>08cv909 H (NLS) |

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action; my business address is CADENA CHURCHILL, LLP 1202 Kettner Blvd., Suite 4100, San Diego, CA 92101. On July 25, 2008, I served the following document(s) described as:

1)    **Plaintiff's Suppl. Brief in Support of Motion for an Order Allowing Publication of Summons; and**
2)    **Declaration of Raul Cadena in Support of Plaintiff's Supplemental Brief in Support of Motion for an Order Allowing Publication of Summons**

[x]   I certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following participant(s):

Gregory H. Halliday, Esq.                          Attorneys for DEFENDANTS
Andrew C. Harris, Esq.                             Martin Auza and Martin Auza Sheep Company
Deanna M. Spelber, Esq.                            Telephone: 949.852.8200
**SEDGWICK, DETERT, MORAN**                        Facsimile: 949.852.8282
**& ARNOLD LLP**
3 Park Plaza, 17th Floor
Irvine, California 92614-8540

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE:**   I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court. Rule 2003 and no error was reported by machine.

[ ]   **BY OVERNIGHT COURIER:** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery to the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2008, at San Diego, California.

_____
DENISE MENDOZA