**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELAND WILEY,<br><br>        Plaintiff,<br>v.<br><br>JUAN ECHEVERRIA, MARTIN AUZA,<br>MARTIN AUZA SHEEP COMPANY,<br><br>        Defendants. | Civil No.08cv909 H (NLS)<br><br>**NOTICE AND ORDER VACATING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND SETTING** *TELEPHONIC* **SETTLEMENT DISPOSITION CONFERENCE** |

    The parties informed the Court that they have reached a tentative settlement in this case. Therefore, the Court **VACATES** the telephonic case management conference set for September 5, 2008 and related Rule 26(f) dates. The Court **SETS** a *telephonic* Settlement Disposition Conference for ***September 5, 2008, at 10:00 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off-calendar if the parties file the appropriate dismissal papers before that time.

    **IT IS SO ORDERED.**

DATED: August 13, 2008

*(signature)*
Hon. Nita L. Stormes
U.S. Magistrate Judge