**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LELAND WILEY, | Civil No.08cv909 H (NLS) |
| Plaintiff, | |
| v. | **ORDER SETTING SECOND TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE AND ORDERING COUNSEL TO APPEAR FOR DEFENDANTS** |
| JUAN ECHEVERRIA, MARTIN AUZA, MARTIN AUZA SHEEP COMPANY, | |
| Defendants. | |

The Court held a telephonic Settlement Disposition Conference on September 5, 2008. Raul Cadena appeared for Plaintiff. No counsel appeared for Defendants. The Court **SETS** a second *telephonic* Settlement Disposition Conference for *October 3, 2008 at 10:30 a.m.* before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. Attorney **Gregory Halliday is ORDERED** to appear, or face possible sanctions. The telephonic Settlement Disposition Conference will be vacated if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED.**

DATED: September 5, 2008

Hon. Nita L. Stormes
U.S. Magistrate Judge