# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LELAND WILEY,<br><br>                          Plaintiff,<br>vs.<br>JUAN ECHEVERRIA, MARTIN AUZA, MARTIN AUZA SHEEP CO., DOES 1-10,<br><br>                          Defendants. | CASE NO. 08-CV-0909 H (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 28, 2008, Plaintiff filed a motor vehicle negligence complaint in the Superior Court of the County of Imperial. (Doc. No. 1.) Defendants removed the case to federal court on May 22, 2008. On October 6, 2008, the parties filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 20.)

Accordingly, the Court grants the joint motion and dismisses the entire action with prejudice.

IT IS SO ORDERED.

DATED: October 8, 2008

*Marilyn L. Huff*

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT